# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOE RICHARD "TREY" POOL, III, TRENTON DONN "TRENT" POOL, and, ACCELEVATE2020, LLC, <br><br> Plaintiffs <br><br> v. <br><br> CITY OF HOUSTON, and, ANNA RUSSELL, in her official capacity as the City Secretary of the City of Houston, <br><br> Defendants. | CIVIL ACTION <br><br> 4:19-cv-02236 |

## DECLARATION OF TRENTON DONN "TRENT" POOL

I, Trenton Donn "Trent" Pool, declare under penalty of perjury as follows:

1. I am a plaintiff in the above-captioned case. I reside at 1000 Fiesta, Unit A, Austin, Texas.

2. I have personal knowledge of myself, my actions, and my intentions, including those set out in the foregoing First Amended Verified Complaint.

3. Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the factual statements in this First Amended Verified Complaint concerning myself, my actions, and my intentions, and those concerning Accelevate2020 LLC, are true and correct.

4. If called upon to testify, I would testify competently as to matters stated herein and stated in the foregoing First Amended Verified Complaint.

5. Executed June 26, 2019, in Hays County, Texas.

_____
Trenton Donn "Trent" Pool