United States District Court
Southern District of Texas
**ENTERED**
August 15, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE RICHARD POOL, III, TRENTON DONN POOL, and ACCELEVATE2020, LLC, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 4:19-CV-02236 |
| CITY OF HOUSTON, and ANNA RUSSELL, in her official capacity as City Secretary of the City of Houston, | § § § § § | |
| Defendants. | § | |

## ORDER

On July 1, 2019, this Court entered a Temporary Restraining Order against Defendants, temporarily enjoining Defendants from enforcing the residency and voter registration requirements with respect to the petition circulated between July 1, 2019 to July 9, 2019 by Plaintiffs Joe Pool, Trenton Pool, Accelevate2020, and any circulators Plaintiffs hired. (Instrument No. 15). At the motion hearing, the parties agreed that Plaintiffs' claims would be moot at the expiration of the circulation period. The petition circulation period expired on July 9, 2019.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' claims are **DISMISSED**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** and this case shall be closed.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 14th day of August, 2019, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**