United States District Court
Southern District of Texas
**ENTERED**
October 31, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE RICHARD "TREY" POOL, III, TRENTON DONN "TRENT" POOL, And, ACCELEVATE2020, LLC,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF HOUSTON, and, ANNA RUSSELL, in her official capacity as the City Secretary of the City of Houston,<br><br>Defendants. | §§§§§§§§§§§§§ Civil Case No. 4:19-cv-02236 |

## ~~ORDER~~

On this day came on to be considered the motion by Plaintiffs for leave to move to extend the deadline for filing their Reply in support of their motion. Having considered the motion, all exhibits filed with the papers, and the argument of counsel, if any, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the Plaintiffs may move to extend the deadline to file their reply brief. Accordingly, the Plaintiffs' Reply in Support of Opposed Motion to Alter or Amend Judgment, filed with this Court on October 9, 2019, as an attachment to the motion for leave, shall be filed by the clerk in this case. The Court will rule on that motion by separate order.

Date: 10/31/19

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE