UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE RICHARD "TREY" POOL, III, <br> TRENTON DONN "TRENT" POOL, <br> and ACCELEVATE2020, LLC, <br><br> Plaintiffs <br><br> v. <br><br> CITY OF HOUSTON, and, ANNA RUSSELL, in her official capacity as the City Secretary of the City of Houston, <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Case No. 4:19-cv-02236 |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Joe Pool, Trenton Pool, and Accelevate2020, LLC, appeal to the United States Court of Appeals for the Fifth Circuit from the Order dismissing Plaintiffs' claims [Clerk's Doc. 20], entered on August 15, 2019, and the Order [Clerk's Doc. 33] denying Plaintiffs' Motion to Alter or Amend Judgment, entered on November 4, 2019.

Plaintiff hereby asks the Clerk of the District Court to serve notice of the filing of this Notice of Appeal by mailing a copy to each party's counsel of record (excluding the appellant's counsel), as required by Federal Rule of Appellate Procedure 3(d).

Respectfully submitted,

_____
Jerad Wayne Najvar
Tex. Bar No. 24068079
Southern Dist. No. 1155651
jerad@najvarlaw.com

                                            2180 North Loop West, Suite 255
                                            Houston, TX 77018
                                            Tel.: (281) 404-4696
                                            Fax: (281) 582-4138
                                            *Attorney in Charge for Plaintiff*

*Of Counsel*:

NAJVAR LAW FIRM, PLLC
Austin M.B. Whatley
Texas Bar No. 24104681
Southern Dist. No. 3348472
austin@najvarlaw.com
2180 North Loop West, Ste. 255
Houston, TX 77018
Tel.: (281) 404-4696
Fax: (281) 582-4138

**CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that on December 3, 2019, the foregoing document, and any accompanying exhibits, was served by CM/ECF as follows:

Suzanne R. Chauvin
Senior Assistant City Attorney
City of Houston Legal Department
900 Bagby, 4th Floor
Houston, Texas 77002
Suzanne.Chauvin@houstontx.gov
832.393.6219 (O)
832.393.6259 (F)
*Counsel for Defendants*

                                                         /s/ Jerad Najvar
                                                         Jerad Najvar