UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE RICHARD "TREY" POOL, III, TRENTON DONN "TRENT" POOL, and ACCELEVATE2020, LLC, | § § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Case No. 4:19-cv-02236 |
| CITY OF HOUSTON, and, ANNA RUSSELL, in her official capacity as the City Secretary of the City of Houston, | § § § § § | |
| Defendants. | § § | |

## **PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Joe Pool, Trenton Pool, and Accelevate2020, LLC, appeal to the United States Court of Appeals for the Fifth Circuit from the Order denying Plaintiffs' motion for attorneys' fees, entered on May 22, 2020 [Clerk's Doc. 40].

Respectfully submitted,

  /s/ Jerad Wayne Najvar
Jerad Wayne Najvar
Tex. Bar No. 24068079
Southern Dist. No. 1155651
jerad@najvarlaw.com
2180 North Loop West, Suite 255
Houston, TX 77018
Tel.: (281) 404-4696
Fax: (281) 582-4138
*Attorney in Charge for Plaintiff*

1

*Of Counsel*:

NAJVAR LAW FIRM, PLLC
Austin M.B. Whatley
Texas Bar No. 24104681
Southern Dist. No. 3348472
austin@najvarlaw.com
2180 North Loop West, Ste. 255
Houston, TX 77018
Tel.: (281) 404-4696
Fax: (281) 582-4138

**CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that on June 22, 2020, the foregoing document, and any accompanying exhibits, was served by CM/ECF as follows:

Suzanne R. Chauvin
Senior Assistant City Attorney
City of Houston Legal Department
900 Bagby, 4th Floor
Houston, Texas 77002
Suzanne.Chauvin@houstontx.gov
832.393.6219 (O)
832.393.6259 (F)
*Counsel for Defendants*

                                              */s/ Jerad Wayne Najvar*
                                              Jerad Wayne Najvar

Plf's Notice of Appeal