# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*February 09, 2021*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
October 23, 2020
Lyle W. Cayce
Clerk

No. 19-20828

JOE RICHARD POOL, III; TRENTON DONN POOL; ACCELEVATE2020, L.L.C.,

*Plaintiffs—Appellants,*

*versus*

CITY OF HOUSTON; ANNA RUSSELL, IN HER OFFICIAL CAPACITY AS THE CITY SECRETARY OF THE CITY OF HOUSTON,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-2236

---

Before GRAVES, COSTA, and ENGELHARDT, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

Certified as a true copy and issued
as the mandate on Feb 09, 2021
Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 09, 2021

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 19-20828   Pool v. City of Houston
                      USDC No. 4:19-CV-2236

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Rebecca L. Leto, Deputy Clerk
                      504-310-7703

cc:  Ms. Suzanne Reddell Chauvin
     Mr. Jerad Wayne Najvar
     Ms. Collyn Ann Peddie
     Mr. Austin M.B. Whatley