UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE RICHARD POOL III, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:19-CV-2236 |
| CITY OF HOUSTON, *et al*, | § § § | |
| Defendants. | § | |

**NOTICE OF HEARING**

Parties are advised that a Scheduling Conference is scheduled for **March 19, 2021** at 1:30 p.m., before United States District Judge Vanessa D. Gilmore. The parties shall file a Joint Discovery Case Management Plan by **March 15, 2021**.

Date: February 17, 2021   By: Byron Thomas, Case Manager to
   U.S. District Judge Vanessa D. Gilmore