UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE RICHARD "TREY" POOL, III, Et al., | § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Case No. 4:19-cv-02236 |
| CITY OF HOUSTON, and, ANNA RUSSELL, in her official capacity as the City Secretary of the City of Houston, | § § § § § | |
| Defendants. | § § | |

## **PROPOSED ORDER**

Upon consideration of Plaintiffs' motion for leave to file their Second Amended Complaint, it is

HEREBY ORDERED that the Plaintiff's motion is GRANTED. The clerk shall file the Second Amended Complaint on the docket.

Date:_____   _____
                                                                                    VANESSA D. GILMORE
                                                                          UNITED STATES DISTRICT JUDGE