IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| JOE RICHARD "TREY" POOL, III, TRENTON DONN "TRENT" POOL, and ACCELEVATE2020, LLC, <br><br> *Plaintiffs,* <br> v. <br> CITY OF HOUSTON and ANNA RUSSELL, in her official capacity as Secretary of the City of Houston <br><br> *Defendants*. | § § § § § § § § § § § § § § | CIVIL ACTION <br><br> No. 19-CV-2236 |

## **ORDER**

On this day, the Court considered Defendants' City of Houston and Anna Russell, in her official capacity as Secretary of the City of Houston (collectively, the "Defendants") unopposed motion to extend the deadline for filing their Reply to Response to Motion to Dismiss or, Alternatively, Motion for Summary Judgment. After considering the motion, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendants to file their Reply to Response to Motion to Dismiss or, Alternatively, Motion for Summary Judgment is extended to April 23, 2021.

SIGNED THIS _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE