IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | |
|---|---|
| JOE RICHARD "TREY" POOL, III, TRENTON DONN "TRENT" POOL, and ACCELEVATE2020, LLC, <br><br> *Plaintiffs,* <br> v. <br> CITY OF HOUSTON and ANNA RUSSELL, in her official capacity as Secretary of the City of Houston <br><br> *Defendants.* | § § § § § § § § § § § § § § § § CIVIL ACTION <br><br> No. 19-CV-2236 |

### DEFENDANTS CITY OF HOUSTON'S AND ANNA RUSSELL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Defendants, the City of Houston ("Houston"), and Anna Russell,[1] the former City Secretary sued in her official capacity, (collectively "the City"), file this Unopposed Motion for Extension of Time to File Response to Motion for Leave to File Second Amended Complaint (Dkt #52), seeking a seven-day extension. In support of its Motion, the City states the following:

The City respectfully seeks a seven-day extension of time to file its response to Pool's Motion for Leave to File Second Amended Complaint. The requested extension, which is unopposed, would make the City's response due on April 30, 2021. Both counsel

---

[1] Ms. Russell is deceased.

1

for the City are and have been involved in a large, emergency matter that has involved extensive briefing and evidentiary work to further prepare the case for disposition.

*This request for a seven-day extension is unopposed*. It is not made for purposes of delay but only so justice can be done.

For the reasons stated herein, Defendants respectfully request that this Court grant Defendants' Unopposed Motion for Extension of Time to File Response to Motion for Leave to File Second Amended Complaint and allow the City to file its response on April 30, 2021, and award Houston such other relief as to which the Court finds it entitled.

                Respectfully submitted,

                ARTURO G. MICHEL
                City Attorney

                SUZANNE R. CHAUVIN
                Chief, General Litigation Section

By:   /s/ *Suzanne R. Chauvin*
       Suzanne R. Chauvin
       Senior Assistant City Attorney
       Southern District Bar No. 14512
       Texas State Bar No. 04160600
       City of Houston Legal Department
       P.O. Box 368
       Houston, Texas 77001-368
       900 Bagby, 4th Floor
       Houston, Texas 77002
       Telephone: 832.393.6219
       Fax: 832.393.6259
       suzanne.chauvin@houstontx.gov

       *Attorney in Charge*

Of Counsel:

Collyn A. Peddie
Senior Assistant City Attorney
Southern District Bar No. 843
Texas State Bar No.: 15707300
832.393.6463 - Telephone
collyn.peddie@houstontx.gov

*Attorneys for Defendants*
*City of Houston and Anna*
*Russell, in her official capacity*
*as Secretary for the City of Houston*

3

## CERTIFICATE OF CONFERENCE

I certify that on April 20, 2021, Counsel for Plaintiffs was contacted by Suzanne Chauvin with regard to the requested extension. Plaintiffs' Counsel stated that he is unopposed to this Motion.

                                                      /s/ Suzanne R. Chauvin
                                                      Suzanne R. Chauvin

## CERTIFICATE OF SERVICE

I certify that on April 22, 2021, a copy of the foregoing Defendants City of Houston and Anna Russell's Unopposed Motion for Extension of Time to File Response to Plaintiff's Motion for Leave to File Second Amended Complaint was served electronically on the CM/ECF system which will automatically serve an electronic notice on the following counsel of record for Plaintiffs:

Jerad Najvar
Austin M.B. Whatley
NAVJAR LAW FIRM, PLLC
2180 North Loop West, Suite 255
Houston, TX 77018
jerad@najvarlaw.com
austin@najvarlaw.com

IMPG ADVOCATES, INC.
Paul A. Rossi
316 Hill Street
Mountville, PA 17554
Paul-Rossi@comcast.net

                                                      /s/ Suzanne R. Chauvin
                                                      Suzanne R. Chauvin