IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| JOE RICHARD "TREY" POOL, III, TRENTON DONN "TRENT" POOL, and ACCELEVATE2020, LLC, | § § § § § | CIVIL ACTION |
| | § | No. 19-CV-2236 |
| Plaintiffs, | § | |
| v. | § | |
| CITY OF HOUSTON and ANNA RUSSELL, in her official capacity as Secretary of the City of Houston | § § § § | |
| Defendants. | § § | |

## ORDER GRANTING LEAVE TO EXCEED THE PAGE LIMIT

On this day, the Court considered Defendants' City of Houston and Pat J. Daniel, in her official capacity as Secretary of the City of Houston (collectively, the "the City") Motion for Leave to Exceed the Page Limit imposed by this Court's Procedure No 4(H). After considering the Motion, the response, if any, and the proposed filings, the Court is of the opinion that Defendants' Motion should be GRANTED.

IT IS THEREFORE

ORDERED that leave to file Defendants' Amended Motion to Dismiss or, Alternatively, Motion for Summary Judgment, Directed to Plaintiffs' Second Amended Petition, and Defendants' Memorandum in Support of Defendants' Amended Motion to Dismiss or, Alternatively, Motion for Summary Judgment, Directed to Plaintiffs' Second

Amended Petition is granted and said documents may be filed without complying with Procedure No. 4(H).

SIGNED THIS _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE