UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE RICHARD "TREY" POOL, III, et. al, | § § § § § § § § § § § | |
| Plaintiffs | | |
| v. | | Civil Case No. 4:19-cv-02236 |
| CITY OF HOUSTON, et al., | | |
| Defendants. | | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' opposed motion for leave to amend motion for attorneys' fees and expenses, it is

HEREBY ORDERED that the Plaintiff's motion is GRANTED and that the clerk shall file the amended motion and exhibits on the docket in this matter.

Date:_____        _____
                                                                    Lee H. Rosenthal
                                                                    Chief United States District Judge