**APPENDIX: SUMMARY OF J. NAJVAR TIME INCURRED BY PHASE OF CASE**

| PHASE | HOURS REQUESTED | HRS X $400 |
|---|---|---|
| **TRIAL COURT** | | |
| (1) Investigation through filing complaint and mtn. for TRO (6/11/19 – 6/24/19)[1] | 28.7 | $11,473.33 |
| (2) Through TRO hearing (6/25/19 – 7/1/19)[2] | 30.7 | $12,273.34 |
| (3) Merits phase (7/03/19 – 8/27/19)[3] | 6.3 | $2,526.67 |
| (4) Through Rule 59(e) motion challenging sua sponte dismissal (9/6/19 – 10/9/19)[4] | 23.5 | $9,386.66 |
| (5) Reply in support of Rule 59(e) motion | 2.0 | $806.67 |

---

[1] Invoice 1315 (revised to current rate of $400/hr)
[2] Invoice 1315
[3] Invoice 1315
[4] Invoice 1401

Mtn. for Fees Exh B

|  | 91.1 | **Total 1-5: $36,466.67** |
|---|---|---|
|  |  |  |
| **MERITS APPEAL** |  |  |
| (6) Notice of appeal (merits) and CA5 mediation process (11/5/19 – 12/19/19)[5] | 4.7 | $1,860.00 |
| (7) Merits Appeal – Brief & Reply (01/24/20 – 05/08/20)[6] | 49.3 | $19,700.01 |
| (8) After briefing, through oral argument (10/01/20 – 10/07/20) | 13.3 | $5,300.00 |
| (9) Following oral argument, reviewing panel decision and discuss with client[7] | 1.1 | $453.33 |
| (10) Merits Appeal – En Banc Rehearing (10/29/20 – 01/13/21)[8] | 23.6 | $9,426.66 |
|  | 91.9 | **Total 6-10: $36,740.00** |

---

[5] Invoice 1401
[6] Invoice 1401
[7] Invoice 1401 p. 7.
[8] Invoice 1422

Mtn. for Fees Exh B

| | | |
|---|---|---|
| **MERITS ON REMAND** | | |
| (11) Thru motion for leave to file Second Amd. Compl (2/1/21 – 4/2/21)[9] | 16.3 | $6,526.67 |
| (12) Merits briefing (Plfs' MSJ; Response to Defendants' Amd. MTD/MSJ), discovery, etc. (4/6/21 - 12/15/21)[10] | 85.7 | $34,279.99 |
| (13) Supplemental response to City's supplemental response per J. Rosenthal order (1/3/22 – 1/21/22)[11] | 21.3 | $8,526.67 |
| (14) Preparation/attend Zoom hearing on dispositive motions (1/24/2 – 1/25/22)[12] | 8.6 | $3,453.33 |
| (15) Prepare response to City's post-hearing letter (*response not filed*) (1/27/22 – 2/3/22)[13] | 0 | $0.0 |
| (16) After MSJ order: attempt negotiations w/ City for amended ordinance and final judgment; draft proposed judgment[14] | 8.3 | $3,306.67 |
| | **140.2** | **Total 11-16: $56,093.33** |
| | | |

---

[9] Invoice 1565 p. 1-3.
[10] Invoice 1565
[11] Invoice 1565 p. 9.
[12] Invoice 1565 p. 10.
[13] Invoice 1565 p. 10
[14] Invoice 1656 p. 10-12.

Mtn. for Fees Exh B

| TRO FEE REQUEST (DIST. CT. & APPEAL) | | |
|---|---|---|
| (17) Fee request – TRO phase (8/28/19 – 11/12/19)[15] | 7.8 | $3,106.67 |
| (18) Fee request – TRO phase (through reply) (11/06/19 – 12/09/19)[16] | 3.9 | $1,546.67 |
| (19) Fee Appeal – Mtn. to Stay/Negotiations/Research (06/22/20 – 07/30/20)[17] | 13.6 | $5,440.02 |
| (20) Fee Appeal – thru response to City's MTD appeal and brief (4/9/21 – 4/21/21)[18] | 7.0 | $2,826.67 |
| (21) Fee Appeal (5/18/21 – 5/21/21)[19] | 0.9 | $353.33 |
| | **33.1** | **Total 17-21: $13,273.36** |
| **TOTALS** | **356.4** | **$142,573.36** |

---

[15] Invoice 1315
[16] Invoice 1342
[17] Invoice 1401 p. 6.
[18] Invoice 1565 p. 4.
[19] Invoice 1565 p. 5.

Mtn. for Fees Exh B