1
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
2
**HOUSTON DIVISION**

3

JOE RICHARD POOL, III,      *   4:19-CV-02236
4
ET AL                       *
                           *
5
V.                      *   11:14 A.M. to 11:52 A.M.
                           *
6
CITY OF HOUSTON, ET AL      *   JULY 1, 2019

7
**HEARING ON MOTIONS**
**BEFORE THE HONORABLE VANESSA D. GILMORE**
8
**Volume 1 of 1 Volume**

9
**APPEARANCES**

10
**FOR THE PLAINTIFFS:**
Mr. Paul A. Rossi
11
IMPG Advocates, Inc.
316 Hill Street
12
Mountville, Pennsylvania  17554
(717) 615-2030
13
    and
Mr. Austin Michael Bryan Whatley
14
Najvar Law Firm
4151 Southwest Freeway
15
Suite 625
Houston, Texas 77027
16
(281) 404-4696

17
**FOR THE DEFENDANTS:**
Ms. Suzanne R. Chauvin
18
Ms. Collyn Ann Peddie
City of Houston
19
900 Bagby, 3rd Floor
P.O. Box 368
20
Houston, Texas 77001
(832) 393-6259
21

Court Reporter:
22
Laura Wells, RPR, RMR, CRR
515 Rusk Street, Suite 8004
23
Houston, Texas 77002

24
Proceedings recorded by mechanical stenography.
Transcript produced by computer-assisted transcription.
25

Exhibit 1

2

1                          **PROCEEDINGS**

2              THE COURT:  Joe Pool, et al v. City of Houston.

3     All right.  Who is here for Joe Pool and Trenton Pool?

4              MR. ROSSI:  Your Honor, Paul Rossi.  I submitted

11:14:50   5  a pro hac vice on Friday.  Thank you very much, by the

6     way.

7              THE COURT:  Did I sign that already?

8              MR. ROSSI:  Yes, you have.  We got out an order

9     on the pro hac vice and --

11:14:54  10             THE COURT:  Yes, I see it.  I see it.

11             MR. ROSSI:  And thank you very much, Your Honor.

12    And also, my colleague, Austin Whatley.

13             THE COURT:  Say that again.

14             MR. WHATLEY:  Austin Whatley for the plaintiffs.

11:15:13  15            THE COURT:  Austin Whatley.  Okay.  I see it.

16       All right.  And for the City of Houston, please?

17             MS. CHAUVIN:  Suzanne Chauvin for the City of

18    Houston.

19             THE COURT:  Ms. Chauvin.

11:15:20  20            MS. PEDDIE:  Collyn Peddie for the City of

21    Houston.

22             THE COURT:  And Ms. Peddie.

23       All right.  So we are here this morning on the

24    plaintiffs' motion for a temporary restraining order

11:15:40  25  against the City of Houston.  Who is going to go?

1    Mr. Rossi?

2           MR. ROSSI:  Mr. Rossi, yes, Your Honor.

3           THE COURT:  Okay.  Let me ask -- first of all, I

4    just want to make sure that I know the lay of the land in

11:15:56  5    terms of where we are.

6        Oh, you know what, I can't get to my computer.  Byron,

7    I can't get to my computer with my leg.  Give me a pad.

8        (Sotto voce discussion between counsel.)

9           THE COURT:  Pardon me?

11:16:12  10           MR. ROSSI:  I hadn't introduced myself.

11           THE COURT:  Oh, y'all haven't met, huh?

12           MR. ROSSI:  I was just introducing myself.

13           THE COURT:  That was going to be one of my

14    questions.  I guess I was trying to figure out had you all

11:16:22  15    ever spoken to each other at all?  There seemed to be some

16    indication in something that I read in one pleading or

17    another that there had been some preliminary discussions

18    about this before you guys filed a motion for temporary

19    restraining order and that there were -- there was some

11:16:40  20    attempt to reach some sort of agreement.

21        Did that happen or not?

22           MR. ROSSI:  It did not happen, Your Honor,

23    because --

24           THE COURT:  It did not?

11:16:46  25           MR. ROSSI:  It did not happen.

1          THE COURT:  Okay.

2          MR. ROSSI:  Some of the conditions that they were

3  adding to the affidavits we felt were too severe.

4          THE COURT:  No.  I mean, did you all talk?

11:16:56   5          MR. ROSSI:  We did talk.

6          MS. CHAUVIN:  Yes, Your Honor.

7          THE COURT:  You said that did not happen and then

8  you started talking about what happened.  So you all did

9  talk?

11:17:02  10          MS. CHAUVIN:  Mr. Rossi -- we did not talk with

11  Mr. Rossi.  We spoke with Mr. Najvar.

12          THE COURT:  Najvar.  His name is on here.

13          MS. CHAUVIN:  He is lead counsel.

14          THE COURT:  He is the lead counsel.

11:17:14  15          MS. CHAUVIN:  He is lead counsel in the --

16          THE COURT:  Oh, okay.

17          MS. CHAUVIN:  And we called Mr. Najvar.  The

18  complaint was filed on Friday.  The brief was filed on

19  Friday.  We called Mr. Najvar on Monday --

11:17:20  20          THE COURT:  Okay.

21          MS. CHAUVIN:  -- and offered to reach an

22  agreement, tried to reach an agreement along the lines

23  of -- you know, we have told them we do not intend to

24  enforce any provision that essentially the Supreme Court

11:17:35  25  has found to be unconstitutional.

*Laura Wells, CRR, RDR*

1           THE COURT:  Well, did you tell him that in

2    writing?

3           MS. CHAUVIN:  Your Honor, I have my

4    correspondence with him and I have my proposed -- my

11:17:44   5    letter to him with some proposed language, but he

6    indicated -- well, we had some further discussions, and he

7    presented us with some language.  We modified it, sent it

8    back to him.  And essentially, he indicated he would not

9    be satisfied.

11:17:56   10          THE COURT:  Okay.  So you guys did go back and

11   forth on some potential language --

12          MS. CHAUVIN:  Yes, Your Honor.

13          THE COURT:  -- to make sure that we address the

14   issue that we know is unconstitutional?

11:18:06   15          MS. CHAUVIN:  Yes, Your Honor.

16          THE COURT:  The voting requirement?

17          MS. CHAUVIN:  Yes, Your Honor.

18          THE COURT:  But you all never reached any

19   agreement?

11:18:11   20          MS. CHAUVIN:  Correct, Your Honor.

21          THE COURT:  I was trying to figure it out.  It

22   looked like y'all had talked, but I wasn't quite sure.  I

23   was, like, did they talk?  Did they not talk?  What was

24   happening?

11:18:19   25          MR. ROSSI:  Correct, Judge.

*Laura Wells, CRR, RDR*

1          THE COURT:  Have any signatures on the proposed

2    balloting initiative already been secured?

3          MR. ROSSI:  Yes, they have, Your Honor.

4          THE COURT:  And who were those secured by?

11:18:32   5          MR. ROSSI:  Other circulators who are residents

6    of the city, the -- the proponents of the anti-corruption

7    -- proposed anti-corruption ordinance were, in fact, told

8    that they could only circulate within -- with city

9    qualified voters in the city of Houston.  That was on

11:18:48  10    their website.  They have proceeded accordingly.

11          THE COURT:  So they did -- so people are already

12    going out?

13          MR. ROSSI:  Correct.

14          THE COURT:  Been collecting signatures?

11:18:54  15          MR. ROSSI:  Yes.

16          THE COURT:  And the people that have been

17    collecting signatures to date are people who meet the

18    current city ordinance of residency and voting

19    registration?

11:19:03  20          MR. ROSSI:  Correct, Your Honor.

21          THE COURT:  Okay.

22          MR. ROSSI:  They have complied.  They are

23    essentially constraining themselves to the Houston charter

24    requirements because these provisions have been

11:19:13  25    aggressively enforced in the past.  Obviously, securing

*Laura Wells, CRR, RDR*

1  signatures that do not meet the charter requirements are

2  subject to being invalidated not only by defendants but by

3  a mandamus action thereafter.

4      THE COURT:  Okay.  So then is this only about

11:19:29  5  these two plaintiffs being able to personally get out on

6  the street and walk themselves as opposed to their hired

7  professional referendum signature employees?

8      MR. ROSSI:  My understanding, Your Honor, from my

9  client is that the proponents will expand their circulator

11:19:46  10  base based on the TRO we receive today, if we receive a

11  TRO today.

12      THE COURT:  What do you mean?  They would hire

13  more circulators that were --

14      MR. ROSSI:  Correct, Your Honor.

11:19:54  15      THE COURT:  -- like foreign circulators that

16  didn't have residency or voter registration requirements?

17      MR. ROSSI:  Correct, Your Honor.  But most

18  certainly, Trent -- Trent Pool is ready today to go out

19  and start circulating for this proponent as soon as he

11:20:05  20  gets the -- if this Court grants the TRO, he will

21  immediately begin circulating petitions for the --

22      THE COURT:  Himself personally?

23      MR. ROSSI:  Himself personally.

24      THE COURT:  Okay.

11:20:14  25      MR. ROSSI:  And He is here today, if you want

*Laura Wells, CRR, RDR*

1    testimony.

2              THE COURT:  So it's not just about those two

3    potential foreign circulators?

4              MR. ROSSI:  Correct.

11:20:18   5              THE COURT:  It's about them also wanting to hire

6    other circulators who don't meet the residency and voter

7    registration requirements --

8              MR. ROSSI:  Absolutely, Your Honor.

9              THE COURT:  -- in addition to these two people?

11:20:31   10              MR. ROSSI:  Correct, Your Honor.  And for the

11    future, so that there is certainty in the law once and for

12    all that --

13              THE COURT:  There is not going to be certainty in

14    the law once and for all after today.  So don't even go

11:20:39   15    there.  I am not -- I am not reaching the ultimate issue

16    of constitutionality today.

17              MR. ROSSI:  Correct, Your Honor.

18              THE COURT:  So don't try to take me there because

19    I'm not going to go there.

11:20:47   20              MR. ROSSI:  I won't, Your Honor.

21              THE COURT:  Okay.  But to date you guys have

22    already been doing -- already been circulating with people

23    that meet the charter requirements?

24              MR. ROSSI:  Yes, Your Honor.

11:20:59   25              THE COURT:  Okay.  And with respect to what the

*Laura Wells, CRR, RDR*

1   -- the language that the city secretary proposed that they

2   would use to provide a guarantee about not invalidating

3   the signatures or pursuing potential criminal charges, did

4   you see that language in writing?

11:21:22   5         MR. ROSSI:  Yes, I did, Your Honor.

6         THE COURT:  And do you have a copy of it or does

7   somebody have a copy of it?

8         MS. CHAUVIN:  I have a copy.

9         THE COURT:  Because I'm really not satisfied with

11:21:31   10   what either of y'all have proposed.  So I want to see what

11   y'all have in mind.

12         MS. CHAUVIN:  I will find it.  I have got

13   several.  We've actually had some back and forth.

14         MR. ROSSI:  We have attached them as an

11:21:45   15   exhibit --

16         THE COURT:  Which one?

17         MR. ROSSI:  -- to our response, Your Honor.

18         THE COURT:  Oh, to the response?

19         MR. ROSSI:  Right, Your Honor.

11:21:49   20         MS. CHAUVIN:  They are not.  The initial

21   correspondence that was sent to us before the complaint

22   was filed said nothing about any proposal.  I can offer --

23         THE COURT:  Hold on.  Let me see what I have got.

24   I have got the defendant's response in opposition.  No.

11:22:10   25   That's defendant's.  And which one are you talking about,

*Laura Wells, CRR, RDR*

1    Mr. Rossi?  The response to the motion to dismiss?

2              MR. ROSSI:  Correct, Your Honor.

3              THE COURT:  Okay.

4              MR. ROSSI:  Yes.

11:22:23  5              THE COURT:  Which exhibit number?  What exhibit

6    number is that?

7              MR. ROSSI:  That was -- Your Honor, may local

8    counsel respond to your question?

9              THE COURT:  Yes.  Just tell me what exhibit

11:22:33  10   number it is.

11             MR. WHATLEY:  Exhibits H and I.  It's e-mail

12   communications between --

13             THE COURT:  Okay.  I've got it.  Thank you.

14             MS. CHAUVIN:  That was pre-lawsuit, Your Honor.

11:22:41  15             THE COURT:  I understand.  I am just looking for

16   some language.  I have got the language that I think I

17   want, but I want to know what y'all have been talking

18   about.

19             MR. ROSSI:  Fair enough.  Fair enough.

11:22:49  20             THE COURT:  It is kind of one of those deals

21   where y'all pulled me into this and -- is this something

22   different?

23        Byron, where did this just come from?

24             MS. CHAUVIN:  That came from me.

11:22:58  25             THE COURT:  Oh, I have got it.  I've got it right

*Laura Wells, CRR, RDR*

1  here.

2          MS. CHAUVIN:  But I don't think that that one is

3  in their response.

4          THE COURT:  Oh, let me see.

11:23:14  5          MS. CHAUVIN:  That's also not in there.  That was

6  from last Monday.  Let me see if I can find the letter.

7  Yeah.  Here it is.  This is the letter I sent last Monday.

8          THE COURT:  Oh, there is no language in the one

9  that is attached there.  Hold on.  Hold on.  Let me see.

11:23:38  10          MS. CHAUVIN:  This is the language that was most

11  recently proposed.

12          THE COURT:  Okay.  Oh, my God.  I can't read

13  this.

14          MS. CHAUVIN:  I'm sorry, Your Honor.

11:23:54  15          THE COURT:  I am too old.  If you want me to read

16  it, it's got to be bigger than five points.

17          MS. CHAUVIN:  Your Honor, may I read --

18          THE COURT:  Hold on.  Hold on.  I'm just trying

19  to read what I have got.  Where is the language?  I'm

11:24:55  20  trying to read this.  This is just y'all talking back and

21  forth.

22          MS. CHAUVIN:  I proffered a letter from me to

23  Mr. Najvar that I thought included language that I

24  believe -- yes.  That's it.

11:25:08  25          THE COURT:  Which one is that?

1    MS. CHAUVIN:  It says -- it is dated last Monday,

2  June 24th.  "Thank you for taking the time to talk.  As

3  discussed, the following modified affidavit language to

4  address" --

11:25:17   5    THE COURT:  Oh, this letter here?

6    MS. CHAUVIN:  Yes, Your Honor.

7    THE COURT:  Okay.  Perfect.  I'm trying to figure

8  out where the language is.

9    Byron, give her all this back so I don't get it

11:25:24  10  confused.  There is too much stuff up here.

11    So this is just to address the potential of people

12  submitting themselves to the jurisdiction.  What about the

13  language of the affidavit?  What about the affidavit

14  language itself?

11:26:10  15    MS. CHAUVIN:  They can cross out the language

16  that says "I have signed petition" and that will cure it.

17    THE COURT:  Oh, so that's your proposal that they

18  scratch out and then they add this to subject themselves

19  to the jurisdiction?

11:26:20  20    MS. CHAUVIN:  Correct, Your Honor.  And I would

21  point out that the petitioners themselves prepare the

22  actual petitions --

23    THE COURT:  Right.

24    MS. CHAUVIN:  -- and do the training to the

11:26:30  25  extent any information --

*Laura Wells, CRR, RDR*

1          THE COURT:  So what was wrong with this then,

2   Mr. Rossi?

3          MR. ROSSI:  Well, with respect to the subjecting

4   to jurisdiction, we would object to the waiver of service

11:26:40   5   of process upon the person.  They need to know that they

6   are being called upon and they have to have some assurance

7   that Trent is being called back into Houston.  And the

8   24 hours is a bit -- is a bit short, given that any kind

9   of challenge to petitions or investigation of petitions

11:27:01   10   doesn't require --

11          THE COURT:  But in an election cycle, though,

12   things move fast.

13          MR. ROSSI:  That's true.  But 24 hours, yeah, the

14   period is, like, a seven-day review process, I believe,

11:27:11   15   correct?

16          MS. CHAUVIN:  Well, actually, it's the -- the

17   secretary has 30 days, once the petitions are received, to

18   verify all of them.

19          MR. ROSSI:  Yes.  Yes.

11:27:19   20          THE COURT:  So, basically, the lack of notice and

21   the 24-hour requirement were the two problems?

22          MR. ROSSI:  It seems pretty --

23          THE COURT:  Can I have this?

24          MS. CHAUVIN:  Of course.

11:27:28   25          MR. ROSSI:  Yes.  That was -- that was our

*Laura Wells, CRR, RDR*

1   primary objection with respect to the subjecting

2   themselves to the jurisdiction of the city.

3       THE COURT:  Where is the lack of notice section?

4   I'm trying to find that.  Oh, waiving service of process

11:27:49   5   upon me.

6       MR. ROSSI:  Yes.

7       THE COURT:  That's the section you are talking

8   about?

9       MR. ROSSI:  Correct, Your Honor.

11:28:02   10       THE COURT:  So what do you think is a reasonable

11   amount of time?  72 hours?

12       MR. ROSSI:  Yes, Your Honor.  We would be

13   amenable to that, Your Honor.

14       THE COURT:  So if I do grant a temporary

11:28:25   15   restraining order, which is only good for ten days, but it

16   would only be for nine days, essentially, it would only be

17   from July 1 to July 9th, when you want to do the

18   circulation.

19       MR. ROSSI:  Yes, Your Honor.

11:28:36   20       THE COURT:  Then would you agree that any other

21   preliminary injunctive relief issue is moot after July the

22   9th because --

23       MR. ROSSI:  Yes, Your Honor.

24       THE COURT:  -- there wouldn't be anything else

11:28:48   25   for me to do, would there?

*Laura Wells, CRR, RDR*

1    MR. ROSSI:  Correct, Your Honor.  And we would

2    have time to fully litigate the case thereafter.

3    THE COURT:  Right.  Because I already have a

4    pending motion on the case, which I'm not addressing today

11:28:57    5    at all because, I mean, we have motions to deal with what

6    happens after the injunction hearing.

7    MR. ROSSI:  Correct, Your Honor.  Yes, Your

8    Honor.

9    THE COURT:  Okay.  Which I was just thinking

11:29:05    10    about in terms of I wouldn't have to set a preliminary

11    injunction hearing because it would expire -- the TRO

12    would expire before it would be time to do a preliminary

13    injunction, I guess.

14    MR. ROSSI:  Correct, Your Honor.  Correct, Your

11:29:21    15    Honor.  The timing of this hearing is perfect, actually,

16    for these purposes.

17    THE COURT:  Okay.  So let me ask you a question.

18    If you guys have already been doing this already since

19    June the 9th, why did you wait so long to file a TRO?

11:29:33    20    MR. ROSSI:  Well, Your Honor, it hasn't

21    been since -- I don't represent the sponsors of the

22    initiative.  I am -- I am specifically representing

23    Trenton Pool and Trey Pool, who want to circulate for the

24    proponents.  And they were here on July 12th through 14th

11:29:51    25    ready to circulate, and they realized that the Houston

1  charter provisions, which they realize have been enforced

2  aggressively in the past, are still in the effect.  So

3  they could not circulate.

4  　　　　THE COURT:  Oh, okay.

11:30:01  5  　　　　MR. ROSSI:  They then had -- they then reached

6  out to legal counsel.  I had to find local counsel.  And

7  that whole process and also drafting all the documents did

8  take about six or seven days.

9  　　　　THE COURT:  Okay.  So they only showed up to

11:30:14  10  become circulators on June 24th.

11  　　　　MR. ROSSI:  June 12th and 14th they were here

12  wanting to circulate and they realized they could not.

13  　　　　THE COURT:  Oh, I see.

14  　　　　MR. ROSSI:  Yes.

11:30:19  15  　　　　THE COURT:  And you filed this on June 24th.

16  　　　　MR. ROSSI:  Correct, Your Honor.  Because Trent

17  had been subjected to five hours of interrogation on the

18  last referendum that was circulated in Houston and it was

19  made very clear to him --

11:30:29  20  　　　　THE COURT:  So why did -- if that was the case,

21  why did he wait until now to say I can't really do this

22  because I'm not a registered voter or a resident of the

23  City of Houston?

24  　　　　MR. ROSSI:  Well, at the time -- at the time he

11:30:40  25  was brought into the referendum issue at the time, he did

*Laura Wells, CRR, RDR*

1   circulate with a witness.  He thought it was sufficient.

2   And then he was subjected to --

3        THE COURT:  With somebody else?  You mean with

4   somebody else?

5        MR. ROSSI:  With somebody else.  With somebody

6   else, correct.  So now he is --

7        THE COURT:  I've got you.  So somebody else was

8   acting as the circulator actually?

9        MR. ROSSI:  Correct, Your Honor.

10       THE COURT:  Okay.

11       MR. ROSSI:  Correct, Your Honor.  And so now he

12  comes back into Houston and he finds out about this

13  proposed anti-corruption -- proposed anti-corruption

14  ordinance and he wants -- he shows up and he comes to

15  Houston.

16       THE COURT:  But he already knew about the

17  charter.

18       MR. ROSSI:  He did know about the charter, but he

19  informed them at the time that he was being interrogated

20  that this was unconstitutional.  So the city has been on

21  notice beyond 1999 --

22       THE COURT:  No.  No.  No.  My issue is why are we

23  here today on the ninth hour when he already knew about

24  the charter based on his previous experience understanding

25  that the charter prohibited him --

1          MR. ROSSI:  Well, he --

2          THE COURT:  Don't start talking when you see my

3    lips still moving.  If two of us are talking at the same

4    time and one of them is me, only what I'm saying is

11:31:31  5    getting taken down.  So don't start talking as an attempt

6    to try to shut me up because I'm not going to stop talking

7    until I finish my question.  So let me start all over

8    again.

9          If he already knew that he was going to have problems

11:31:41  10   as a circulator based on his previous experience -- this

11   isn't something he just figured out on June 24th.  He knew

12   this, you are saying, from some other referendum issue; is

13   that correct?

14         MR. ROSSI:  Yes, Your Honor.

11:31:54  15         THE COURT:  Okay.  So I guess I'm sort of

16   surprised that this is this last-minute emergency, "Oh, my

17   God.  We've got to do it right now.  I just figured out I

18   can't circulate petitions in the city of Houston," when he

19   already knew that this was a problem.

11:32:06  20         MR. ROSSI:  He knew -- he knew it was a problem

21   back in 2014 when he informed the city that it was

22   unconstitutional during his deposition hearings.

23         THE COURT:  He is a lawyer?

24         MR. ROSSI:  He is not, but he a professional

11:32:16  25   circulator.  So he is aware of the constitutional

*Laura Wells, CRR, RDR*

1    requirements with respect to core political speech and

2    circulation of petitions, Your Honor.

3                THE COURT:  Okay.

4                MR. ROSSI:  He informed them at that time.  So

11:32:29    5    his deposition was over.  He wasn't being personally

6    prosecuted, but he was -- they were trying to invalidate

7    signatures that he had gathered because he was not a

8    registered voter of Houston.  So that process ended.

9          He just found out about the anti-corruption ordinance

11:32:46   10    and came to Houston and just found out in -- on June 12th

11    or 14th that the charter provisions had not been amended

12    as he had suggested at the time.

13                THE COURT:  Okay.  But this TRO and what you are

14    asking from this Court today is a TRO related to these two

11:33:05   15    plaintiffs and whatever other foreign circulators that

16    they might hire with respect to this ordinance that they

17    are attempting to get on this ballot in November of 2019?

18                MR. ROSSI:  Yes, Your Honor.

19                THE COURT:  Okay.  I just want to make sure that

11:33:21   20    I know and understand what the scope of it is.  It's this

21    ordinance, this ballot initiative, and this circulation

22    period that ends on July the 9th is what we're dealing

23    with?

24                MR. ROSSI:  Correct, Your Honor.

11:33:34   25                THE COURT:  Okay.  So I'm on to you guys.

1          MS. CHAUVIN:  Yes, Your Honor.

2          THE COURT:  So, Ms. Chauvin, it seems that the

3    city has conceded the issue of the unconstitutionality of

4    the voter registration requirement, correct?

11:34:24  5          MS. CHAUVIN:  Absolutely, Your Honor.

6          THE COURT:  But because of the way that our

7    charter is written, it doesn't sort of delineate between

8    voter registration and residency.  They are all kind of

9    subsumed together.  So for all intents and purposes we're

11:34:37  10   dealing with all of the charter language because even

11   though you make a point of saying in your response that

12   you are basically going to concede the residency issue,

13   even though you think that it is an open issue, there is

14   really nothing that you can do about it, based on the way

11:34:50  15   that our charter is written, correct?

16         MS. CHAUVIN:  Except that we can -- we have

17   suggested some language to them, and we have offered to

18   have --

19         THE COURT:  Suggested some language to the

11:34:59  20   charter?

21         MS. CHAUVIN:  No.  No.  To the plaintiffs here to

22   get past the TRO issue so that we can --

23         THE COURT:  Okay.  That's not where I am.  I'm on

24   the legal issue.

11:35:08  25         MS. CHAUVIN:  Okay.

*Laura Wells, CRR, RDR*

1          THE COURT:  I'm on the legal issue.

2          MS. CHAUVIN:  The Fifth Circuit has not addressed

3    the residency requirement.

4          THE COURT:  I know.  But there is -- it's sort of

11:35:14   5    like a pointless gesture of conceding on the residency

6    issue when the voter registration and the residency are

7    sort of all wound up together in our charter, right?

8          MS. PEDDIE:  Your Honor, if I may respond.

9          THE COURT:  Sure.  Ms. Peddie.

11:35:27  10          MS. PEDDIE:  Your Honor, on the first footnote of

11    our response there is a reference --

12          THE COURT:  What page is that on?

13          MS. PEDDIE:  -- that we filed.  There is a

14    reference to --

11:35:35  15          THE COURT:  What page?

16          MS. PEDDIE:  It should be page -- the first page

17    of the text.

18          THE COURT:  Footnote 3?  No.  Response to the

19    defendant's motion -- oh, I'm looking at the response to

11:35:47  20    the motion to dismiss.

21          MS. PEDDIE:  Yes.  Our opposition.

22          THE COURT:  I'm looking at the wrong thing.  I'm

23    so sorry.  Defendant's opposition.

24          MS. PEDDIE:  It's Footnote 2 on the summary of

11:35:57  25    argument, the *Lee v. Smith* case.

1         THE COURT:  Right.

2         MS. PEDDIE:  It says that we do have some leeway

3    in terms of adjusting our requirements for what, you know,

4    will invalidate a petition and what won't.  So we have the

11:36:14  5    ability to modify the language a bit because --

6         THE COURT:  Modify the language of what?

7         MS. PEDDIE:  Of the jurat --

8         THE COURT:  Okay.

9         MS. PEDDIE:  -- that's attached to the -- that's

11:36:25  10   attached to the petition because the whole concern of

11   having all of these is just to make sure that we can get

12   somebody back before us.

13        THE COURT:  I understand.  I understand what the

14   whole reason is.  But given that that is an important

11:36:38  15   governmental concern and an important governmental issue

16   to be able to make sure that you enforce the legitimacy of

17   these, why is our charter still written in a way that

18   lumps residency and voter registration together so that

19   the whole thing becomes unconstitutional by default just

11:36:56  20   because there is no way to split it apart?

21        MS. CHAUVIN:  Your Honor, this is 1913 charter or

22   these are 1913 provisions.

23        THE COURT:  Okay.  And so, like, what does that

24   mean?

11:37:05  25        MS. CHAUVIN:  Well, what that means is that in

*Laura Wells, CRR, RDR*

1    order to change them, you have to have a city-wide

2    election to revise them.

3            THE COURT:   Okay.   And don't we have those every

4    couple of years?

11:37:15    5            MS. CHAUVIN:   We do.   However, let me point out

6    that *Buckley* was not an issue at all in the HERO petition,

7    the situation in which Mr. Pool was deposed.   And he was

8    not a circulator.   He was primarily doing training.   He

9    was asked some questions.

11:37:32   10            But the bottom line is the issue in HERO was not

11    whether circulators could or could not be citizens of

12    Houston or registered voters.   The issue in HERO was

13    whether the signatures were fraudulent.

14            THE COURT:   I know.   But I'm not even there yet.

11:37:50   15    I'm way before you even get to that.   I'm at a more basic

16    thing.   Has the city not looked at this issue and looked

17    at the charter and said, gee, this looks kind of messed up

18    in light of *Buckley*.   I think that we should not have this

19    voter registration requirement on here because it's

11:38:06   20    unconstitutional.

21            MS. PEDDIE:   Your Honor, if I may respond.   There

22    are -- sadly, there are many provisions in our charter

23    that the Court has probably -- the Court is involved in

24    one of them, in the same sex marriage case which the Court

11:38:18   25    had.

1          THE COURT:  Right.

2          MS. PEDDIE:  The mayor issued a directive saying

3    that our prohibition on giving benefits to same sex

4    married couples, you know, was unconstitutional in light

11:38:31   5    of *Windsor*.

6          THE COURT:  Okay.

7          MS. PEDDIE:  And so that provision was not

8    enforced.  A directive was issued to --

9          THE COURT:  Not enforce it anymore.  I remember

11:38:38  10    what happened.

11          MS. PEDDIE:  And Judge Lake issued an injunction

12    saying that we can't get rid of that.

13          THE COURT:  I've got you.  Okay.  All right.  So

14    let me stop nitpicking on that issue.  It was just

11:38:50  15    something that just -- you know, obviously, you have to

16    concede the unconstitutionality of the charter based on

17    the fact that it's all kind of wrapped up together.  Okay.

18    Somebody did it in 1913.  There was a governmental

19    interest in doing and having language in there that

11:39:03  20    protected against potential fraud and the collection of

21    signatures and I get all that.

22          So the other issue, I guess, in reading your response,

23    it almost seemed like you were saying -- and correct me if

24    I'm wrong on this because maybe I just misread it.  It

11:39:21  25    seemed like you were saying, oh, the plaintiff should just

1   go ahead and sign and verify the petition, commit perjury,

2   and we'll just wink and nod and look the other way and we

3   won't enforce the -- we won't enforce the charter

4   requirements, we won't take off any signatures as a result

11:39:37  5   of it, and we won't prosecute them for perjury.  Trust us.

6   Trust us.  We're the government.  We're here to help.

7         MS. PEDDIE:  No, Your Honor.

8         THE COURT:  Is that what you were saying?

9   Because I was, like, are they saying just go ahead and

11:39:49  10  sign the affidavit the way that it is?  Is that what y'all

11  were suggesting?

12        MS. PEDDIE:  No, Your Honor.  What we were first

13  saying is don't commit perjury, number one.  That is

14  number one.

11:39:59  15    Number two, what we have said -- and I think that

16  Mr. Rossi has mischaracterized the facts.  He has the

17  facts, and he has packaged them up in a way that is not

18  correct.

19        THE COURT:  Well, I can read; and I think pretty

11:40:13  20  good, too.

21        MS. PEDDIE:  Well, you do.  You do.  But I want

22  to make sure that -- and you were -- frankly, in your

23  questions of him, you were doing probably better than we

24  were.  So we were happy to let you do that.

11:40:22  25    But what Mr. Rossi has suggested is that somehow we

*Laura Wells, CRR, RDR*

1   enforced this in the past.  We haven't enforced this in a

2   long time.  If you look at the evidence that he submits,

3   the city's motion on what we wanted to reject -- the basis

4   on which we rejected petitions, it was when there wasn't a

11:40:41  5   signature.  It wasn't ever based on residency, and it

6   wasn't based on voter registration.

7         THE COURT:  Well, that is small comfort when the

8   potential penalty for perjury is a criminal prosecution.

9   That's some small comfort.  I mean, that's like me saying,

11:40:54  10  well, I have sped down Allen Parkway for the last 30 years

11  and have never got stopped for speeding.  So I'm pretty

12  confident that if I speed when I go home this afternoon

13  I'm going to be good.

14        MS. PEDDIE:  Your Honor, again, we're not

11:41:08  15  advocating that they committed perjury.  We are simply

16  saying that if they sign as the -- attesting that those

17  are the signatures that they have, that's going to be good

18  enough because of the *Buckley* issue.  I think to go

19  back --

11:41:20  20       THE COURT:  Well, I guess it's just not good

21  enough for me.  I mean, I don't like either one of your

22  proposals.  I don't like the proposal of just scratching

23  through the language that you don't like in the jurat, and

24  I don't like the proposal of the city that is just go

11:41:33  25  ahead and sign it the way that it is or scratch through it

1   or whatever and we won't prosecute you for perjury and we
2   won't get rid of any of the signatures on your referendum
3   initiative because we haven't done it before and y'all are
4   going to be okay.  It's going to be good.

11:41:50  5   MS. PEDDIE:  Your Honor, there is a third option,
6   which is the one we propose, which is to cross out the
7   language on there and then attach something like the
8   proposed language that we have included.

9   THE COURT:  Okay.  Well, I will tell you that is
11:42:03  10   a third option of crossing out the language and then
11   putting completely new language and that's my solution.

12   MS. PEDDIE:  Your Honor, I think it's the best
13   solution, in part because there have been cases, which
14   we've attached, I think it's at Footnote 4, which we've
11:42:18  15   attached, which have suggested that that language is an
16   option that the Courts have said that a residency
17   requirement does not pass constitutional muster and they
18   on both sides have suggested that that kind of language,
19   subjecting yourself to the jurisdiction of the court is a
11:42:38  20   more narrowly-tailored option.

21   THE COURT:  Well, I think we need language in two
22   areas.  I think we need language subjecting themselves to
23   the jurisdiction of the court.  That's one issue.  But I
24   also think that we need language that is injunctive in
11:42:53  25   nature that discusses what we have discussed here that

1    indicates that the Court is issuing a TRO because the

2    charter is unconstitutional, as worded, and that there is

3    the potential for irreparable injury.  There is eminent

4    harm because we have only got these nine days left that we

11:43:12   5    have got to deal with everything.

6       So based on all of that, I think that a TRO is

7    warranted, but I would like -- I'm going to add language

8    in -- I'm going to require that there be language

9    addressing the subjecting yourself to the jurisdiction of

11:43:33   10    the Court as well as language that establishes or at least

11    sets out that this Court has ordered that these foreign

12    circulators that are not residents of the City of Houston

13    and not registered to vote can, in fact, submit on this

14    referendum issue for this period of time.  I'm going to

11:43:58   15    read you the language, and I'm going to give you the

16    language in writing.  In fact, here --

17       You know what, do you have my extra copy for me?

18       Well, I'm going to read it to you, and then I will

19    give it to you.  So this is what it is going to say:

11:44:08   20       By order of the United States District Court entered

21    July 1, 2019, I certify that I am a foreign circulator who

22    is either not a resident of the city of Houston or is not

23    registered to vote in the city of Houston.  I have been

24    granted authorization by the district court to serve as a

11:44:21   25    professional circulator to collect signatures from July 1

1    to July 9, 2019.  I hereby subject myself to the

2    jurisdiction of the courts of Texas in connection with any

3    fraud associated with the circulation of any referendum or

4    the collection of signatures for any referendum circulated

11:44:44    5    in the city of Houston during the time period of July 1,

6    2019 to July 9, 2019.  I understand that the city of

7    Houston is temporarily enjoined from enforcing the

8    residency or voter registration requirements or rejecting

9    the signatures on the petition because I have not signed

11:44:55    10    the affidavit required by the city charter -- I should say

11    -- attesting to residency and voter registration.

12          And then there is going to be a signature line.

13          Give me that other thing I just gave you.  No.  No.

14    Yeah.  That one.

11:45:13    15          And then there is going to be a signature line that is

16    going to read substantially like the proposed language.

17          I, first being duly sworn on oath depose and say that

18    I am a citizen of the United States or documented

19    permanent resident.  I have never been convicted of a

11:45:30    20    crime of fraud or misrepresentation.  I agree to submit

21    myself to the jurisdiction of the Harris County courts and

22    waive any challenge to venue and personal jurisdiction in

23    connection with the matters encompassed by this affidavit.

24    Should the need for me to personally appear in Houston

11:45:45    25    arise, I agree to make myself available in person in

1   Houston at my own expense within 72 hours of a request by

2   the city concerning matters encompassed by the -- by the

3   -- no.  It's going to be not by the affidavit.  Well, I

4   guess it will be a new affidavit.  Should it say by the

11:46:05   5   affidavit because they are not going to actually sign

6   that?

7           MS. CHAUVIN:  We want to make sure that they

8   attest to the fact that this individual signing the

9   petition was actually that person.  That's what the --

11:46:18   10           THE COURT:  Oh, we need to add that affidavit,

11   that attestation language.

12           MS. PEDDIE:  That's the money language for us.

13           THE COURT:  Yeah.  Yeah.  Yeah.  That's got to go

14   into my initial language, doesn't it?

11:46:27   15           MS. PEDDIE:  Yes.

16           THE COURT:  Where is that language in one of

17   these documents?  Tell me where that language is in one of

18   these documents, please, somebody.

19           MS. CHAUVIN:  It was not in the letter.  It's in

11:46:35   20   their petition -- yeah.  The exhibit that's in the

21   petition.  If nothing more, it was in the unreadable.

22           MS. PEDDIE:  Your Honor, I have a copy of the

23   form from the --

24           THE COURT:  Let me see that.

11:46:52   25           MS. PEDDIE:  -- from the charter.

*Laura Wells, CRR, RDR*

                    THE COURT:  Let me see that.  I need to add that

language.

                    MS. PEDDIE:  It should be the last sentence of

that.

11:46:59          THE COURT:  The last sentence of?

                    MS. PEDDIE:  Section 3, form of the petition,

there is a jurat.  Do you see it?

                    THE COURT:  Right.

                    MS. PEDDIE:  And the last sentence of that --

11:47:07          THE COURT:  Each signature to said petition --

no.  No.  No.  Each signature to said petition shall be

proof of knowledge as required by petitioners by

Article 9, Section 3 of this charter --

                    MS. PEDDIE:  No.  No.  No.  Where it says State

11:47:22  of Texas, County of Harris.

                    THE COURT:  Oh, down here.

                    MS. PEDDIE:  Just the jurat part.

                    THE COURT:  The statements -- no.  Each signature

appearing -- so it starts with "each signature," huh?

11:47:34          MS. PEDDIE:  Right.

                    THE COURT:  Each signature appearing thereto --

I'll change this.  It's going to be on the -- appearing on

the what?  On the ballot initiative or on the referendum?

                    MS. PEDDIE:  On the petition.

11:47:52          MS. CHAUVIN:  I think it's called petition.

*Laura Wells, CRR, RDR*

1          THE COURT:  On the petition?

2          MS. PEDDIE:  Yes.

3          MS. CHAUVIN:  Yes.

4          THE COURT:  Each signature appearing on the

11:47:59   5   petition was made in my presence on the day and date it

6   purports to have been made and I solemnly swear the

7   statement is a genuine signature of the person whose name

8   it purports to be.

9          So that language needs to be added to the bottom of

11:48:11  10   the language that I put.  And then we need to add -- do

11   you see where I am?  And then -- so then there is an

12   affidavit.  So then "affidavit" would still be the right

13   language here.

14          MR. ROSSI:  Yes.

11:48:39  15          THE COURT:  Make myself available in person at my

16   own expense within 72 hours of a request by the City of

17   Houston concerning matters encompassed by the affidavit.

18   I further depose and say that each such signature herein

19   was made in my presence.

11:48:53  20          Well, I wonder should we put that here or at the end

21   of the other language?  We don't need it twice.

22          MS. PEDDIE:  Your Honor, for clarity's purpose,

23   although I am told by our general counsel's office, like

24   stapling something like that to a petition makes it very,

11:49:14  25   very difficult for the city secretary's office to do it.

But it might be easier, since you are going to have some
people out there rummaging around, that it's in the
complete document.

THE COURT:  I know.  Just where?  Do you want --
here.  Let me give you this.

Where is my language?  Give me mine.

Okay.  Look at this.  I was either going to add it --
that's just two copies of the same thing.  That's just
what I read you.  I was either going to add that jurat
language or that affidavit language at the end of that
paragraph or at the end of this additional, basically,
affidavit.  That's the injunctive language that I want to
be included because that's going to allow them to scratch
out the entire jurat paragraph that's ordinarily on there.
That language is what I want substituted.  And then -- but
I also put in there I was going to add that language about
the --

Let me see this.  No.

I was going to add the language about each signature
being made in my presence.  I wanted to know, do you want
it at the end of the paragraph that I propose or at the
end of this affidavit paragraph that they are going to be
signing?  Probably at the end of this one.

MS. PEDDIE:  Probably at the end of that one.

THE COURT:  Right.  All added to the end of mine.

*Laura Wells, CRR, RDR*

1   Right.  That's where it goes.

2          MR. ROSSI:  Yes.  Correct.  That's consistent

3   with how this is handled in every other jurisdiction in

4   the country, Your Honor.

11:50:46   5          THE COURT:  Exactly.  That's fine.  Okay.  That's

6   fine.  So then both of those paragraphs are going to have

7   to be on there?

8          MR. ROSSI:  We would agree with that, Your Honor.

9          THE COURT:  The one that I just gave you and then

11:50:55  10   this additional paragraph with this language is already

11   included on the bottom here.  So this and this.  I just

12   was trying to make sure.  I thought it wasn't here.  They

13   want it here.  The signature line goes right here.  Okay.

14   Are we all good?

11:51:34  15          MR. ROSSI:  Yes, Your Honor.

16          THE COURT:  I'll have you a final full order in

17   about 15 minutes.

18          MR. ROSSI:  That's good.  That is better than any

19   other --

11:51:42  20          THE COURT:  I wrote a full opinion on it --

21          MR. ROSSI:  Okay.  Thank you.

22          THE COURT:  -- because I thought that you would

23   want to see all of the issues that may have some -- it

24   will be relevant to things that we have to do after this.

11:51:50  25          MR. ROSSI:  Yes.

*Laura Wells, CRR, RDR*

1    THE COURT:  So I decided I would go ahead and

2  write a full opinion.  You will have a full opinion.  The

3  only thing I was waiting to figure out is what language I

4  was going to put in so this will all look nice and to make

11:52:03   5  sure we write it down.  So give me 15 minutes to do that.

6  It will be e-mailed to your office as a final order, and

7  you'll see it very shortly.  And you can go out and beat

8  the streets of Houston circulating the anti-conspiracy

9  whatever petition he wants to send out.

11:52:21  10    MR. ROSSI:  All right.  Thank you, Your Honor.

11    THE COURT:  Thank you, guys.

12    MR. ROSSI:  We appreciate it.

13    MS. CHAUVIN:  Thank you, Your Honor.

14    THE COURT:  All right.  Bye-bye.

15    *(Proceedings concluded at 11:52 a.m.)*

16  *Date: August 30, 2019*

17    **COURT REPORTER'S CERTIFICATE**

18    *I, Laura Wells, certify that the foregoing is a*

19  *correct transcript from the record of proceedings in the*

20  *above-entitled matter.*

21

22    _____*/s/ Laura Wells*_____

23    *Laura Wells, CRR, RMR*

24

25

*Laura Wells, CRR, RDR*

## /

/s [1] - 35:22

## 1

1 [7] - 1:6, 1:8, 14:17, 28:21, 28:25, 29:5
11:14 [1] - 1:5
11:52 [2] - 1:5, 35:15
12th [3] - 15:24, 16:11, 19:10
14th [3] - 15:24, 16:11, 19:11
15 [2] - 34:17, 35:5
17554 [1] - 1:12
1913 [3] - 22:21, 22:22, 24:18
1999 [1] - 17:21

## 2

2 [1] - 21:24
2014 [1] - 18:21
2019 [7] - 1:6, 19:17, 28:21, 29:1, 29:6, 35:16
24 [2] - 13:8, 13:13
24-hour [1] - 13:21
24th [4] - 12:2, 16:10, 16:15, 18:11
281 [1] - 1:16

## 3

3 [3] - 21:18, 31:6, 31:13
30 [3] - 13:17, 26:10, 35:16
316 [1] - 1:11
368 [1] - 1:19
393-6259 [1] - 1:20
3rd [1] - 1:19

## 4

4 [1] - 27:14
404-4696 [1] - 1:16
4151 [1] - 1:14
4:19-CV-02236 [1] - 1:3

## 5

515 [1] - 1:22

## 6

615-2030 [1] - 1:12
625 [1] - 1:15

## 7

717 [1] - 1:12
72 [3] - 14:11, 30:1, 32:16
77001 [1] - 1:20
77002 [1] - 1:23
77027 [1] - 1:15

## 8

8004 [1] - 1:22
832 [1] - 1:20

## 9

9 [3] - 29:1, 29:6, 31:13
900 [1] - 1:19
9th [4] - 14:17, 14:22, 15:19, 19:22

## A

a.m [1] - 35:15
A.M [2] - 1:5
ability [1] - 22:5
able [2] - 7:5, 22:16
above-entitled [1] - 35:20
absolutely [2] - 8:8, 20:5
accordingly [1] - 6:10
acting [1] - 17:8
action [1] - 7:3
actual [1] - 12:22
add [9] - 12:18, 28:7, 30:10, 31:1, 32:10, 33:7, 33:9, 33:16, 33:19
added [2] - 32:9, 33:25
adding [1] - 4:3
addition [1] - 8:9

additional [2] - 33:11, 34:10
address [3] - 5:13, 12:4, 12:11
addressed [1] - 21:2
addressing [2] - 15:4, 28:9
adjusting [1] - 22:3
Advocates [1] - 1:11
advocating [1] - 26:15
affidavit [16] - 12:3, 12:13, 25:10, 29:10, 29:23, 30:3, 30:4, 30:5, 30:10, 32:12, 32:17, 33:10, 33:12, 33:22
affidavits [1] - 4:3
afternoon [1] - 26:12
aggressively [2] - 6:25, 16:2
agree [4] - 14:20, 29:20, 29:25, 34:8
agreement [4] - 3:20, 4:22, 5:19
ahead [4] - 25:1, 25:9, 26:25, 35:1
al [1] - 2:2
AL [2] - 1:4, 1:6
Allen [1] - 26:10
allow [1] - 33:13
almost [1] - 24:23
amenable [1] - 14:13
amended [1] - 19:11
amount [1] - 14:11
Ann [1] - 1:18
anti [6] - 6:6, 6:7, 17:13, 19:9, 35:8
anti-conspiracy [1] - 35:8
anti-corruption [5] - 6:6, 6:7, 17:13, 19:9
apart [1] - 22:20
appear [1] - 29:24
APPEARANCES [1] - 1:9
appearing [4] - 31:19, 31:21, 31:22, 32:4
appreciate [1] - 35:12
areas [1] - 27:22

argument [1] - 21:25
arise [1] - 29:25
Article [1] - 31:13
assisted [1] - 1:24
associated [1] - 29:3
assurance [1] - 13:6
attach [1] - 27:7
attached [6] - 9:14, 11:9, 22:9, 22:10, 27:14, 27:15
attempt [2] - 3:20, 18:5
attempting [1] - 19:17
attest [1] - 30:8
attestation [1] - 30:11
attesting [2] - 26:16, 29:11
August [1] - 35:16
Austin [4] - 1:13, 2:12, 2:14, 2:15
authorization [1] - 28:24
available [2] - 29:25, 32:15
aware [1] - 18:25

## B

Bagby [1] - 1:19
ballot [3] - 19:17, 19:21, 31:23
balloting [1] - 6:2
base [1] - 7:10
based [8] - 7:10, 17:24, 18:10, 20:14, 24:16, 26:5, 26:6, 28:6
basic [1] - 23:15
basis [1] - 26:3
beat [1] - 35:7
become [1] - 16:10
becomes [1] - 22:19
BEFORE [1] - 1:7
begin [1] - 7:21
benefits [1] - 24:3
best [1] - 27:12
better [2] - 25:23, 34:18
between [3] - 3:8, 10:12, 20:7
beyond [1] - 17:21

Concordance

bigger [1] - 11:16
bit [3] - 13:8, 22:5
bottom [3] - 23:10, 32:9, 34:11
Box [1] - 1:19
brief [1] - 4:18
brought [1] - 16:25
Bryan [1] - 1:13
Buckley [3] - 23:6, 23:18, 26:18
bye [2] - 35:14
bye-bye [1] - 35:14
Byron [3] - 3:6, 10:23, 12:9

**C**

case [5] - 15:2, 15:4, 16:20, 21:25, 23:24
cases [1] - 27:13
certainly [1] - 7:18
certainty [2] - 8:11, 8:13
CERTIFICATE [1] - 35:17
certify [2] - 28:21, 35:18
challenge [2] - 13:9, 29:22
change [2] - 23:1, 31:22
charges [1] - 9:3
charter [24] - 6:23, 7:1, 8:23, 16:1, 17:17, 17:18, 17:24, 17:25, 19:11, 20:7, 20:10, 20:15, 20:20, 21:7, 22:17, 22:21, 23:17, 23:22, 24:16, 25:3, 28:2, 29:10, 30:25, 31:13
Chauvin [4] - 1:17, 2:17, 2:19, 20:2
CHAUVIN [44] - 2:17, 4:6, 4:10, 4:13, 4:15, 4:17, 4:21, 5:3, 5:12, 5:15, 5:17, 5:20, 9:8, 9:12, 9:20, 10:14, 10:24, 11:2, 11:5, 11:10, 11:14, 11:17, 11:22, 12:1, 12:6, 12:15, 12:20, 12:24, 13:16, 13:24, 20:1,

20:5, 20:16, 20:21, 20:25, 21:2, 22:21, 22:25, 23:5, 30:7, 30:19, 31:25, 32:3, 35:13
Circuit [1] - 21:2
circulate [7] - 6:8, 15:23, 15:25, 16:3, 16:12, 17:1, 18:18
circulated [2] - 16:18, 29:4
circulating [4] - 7:19, 7:21, 8:22, 35:8
circulation [4] - 14:18, 19:2, 19:21, 29:3
circulator [7] - 7:9, 17:8, 18:10, 18:25, 23:8, 28:21, 28:25
circulators [9] - 6:5, 7:13, 7:15, 8:3, 8:6, 16:10, 19:15, 23:11, 28:12
citizen [1] - 29:18
citizens [1] - 23:11
city [20] - 6:6, 6:8, 6:9, 6:18, 9:1, 14:2, 17:20, 18:18, 18:21, 20:3, 23:1, 23:16, 26:24, 28:22, 28:23, 29:5, 29:6, 29:10, 30:2, 32:25
CITY [1] - 1:6
City [9] - 1:18, 2:2, 2:16, 2:17, 2:20, 2:25, 16:23, 28:12, 32:16
city's [1] - 26:3
city-wide [1] - 23:1
clarity's [1] - 32:22
clear [1] - 16:19
client [1] - 7:9
colleague [1] - 2:12
collect [1] - 28:25
collecting [2] - 6:14, 6:17
collection [2] - 24:20, 29:4
Collyn [2] - 1:18, 2:20
comfort [2] - 26:7, 26:9
commit [2] - 25:1, 25:13
committed [1] - 26:15

communications [1] - 10:12
complaint [2] - 4:18, 9:21
complete [1] - 33:3
completely [1] - 27:11
complied [1] - 6:22
computer [3] - 1:24, 3:6, 3:7
computer-assisted [1] - 1:24
concede [2] - 20:12, 24:16
conceded [1] - 20:3
conceding [1] - 21:5
concern [2] - 22:10, 22:15
concerning [2] - 30:2, 32:17
concluded [1] - 35:15
conditions [1] - 4:2
confident [1] - 26:12
confused [1] - 12:10
connection [2] - 29:2, 29:23
consistent [1] - 34:2
conspiracy [1] - 35:8
constitutional [2] - 18:25, 27:17
constitutionality [1] - 8:16
constraining [1] - 6:23
convicted [1] - 29:19
copies [1] - 33:8
copy [5] - 9:6, 9:7, 9:8, 28:17, 30:22
core [1] - 19:1
correct [26] - 5:20, 5:25, 6:20, 7:17, 8:10, 8:17, 10:2, 12:20, 13:15, 14:9, 15:1, 15:7, 15:14, 16:16, 17:6, 17:9, 17:11, 18:13, 19:24, 20:4, 20:15, 24:23, 25:18, 34:2, 35:19
Correct [3] - 6:13, 7:14, 8:4
correspondence [2] - 5:4, 9:21

corruption [5] - 6:6, 6:7, 17:13, 19:9
counsel [7] - 3:8, 4:13, 4:14, 4:15, 10:8, 16:6
counsel's [1] - 32:23
country [1] - 34:4
County [2] - 29:21, 31:15
couple [1] - 23:4
couples [1] - 24:4
course [1] - 13:24
Court [11] - 1:21, 4:24, 7:20, 19:14, 23:23, 23:24, 28:1, 28:10, 28:11, 28:20
court [3] - 27:19, 27:23, 28:24
COURT [149] - 1:1, 2:2, 2:7, 2:10, 2:13, 2:15, 2:19, 2:22, 3:3, 3:9, 3:11, 3:13, 3:24, 4:1, 4:4, 4:7, 4:12, 4:14, 4:16, 4:20, 5:1, 5:10, 5:13, 5:16, 5:18, 5:21, 6:1, 6:4, 6:11, 6:14, 6:16, 6:21, 7:4, 7:12, 7:15, 7:22, 7:24, 8:2, 8:5, 8:9, 8:13, 8:18, 8:21, 8:25, 9:6, 9:9, 9:16, 9:18, 9:23, 10:3, 10:5, 10:9, 10:13, 10:15, 10:20, 10:25, 11:4, 11:8, 11:12, 11:15, 11:18, 11:25, 12:5, 12:7, 12:17, 12:23, 13:1, 13:11, 13:20, 13:23, 14:3, 14:7, 14:10, 14:14, 14:20, 14:24, 15:3, 15:9, 15:17, 16:4, 16:9, 16:13, 16:15, 16:20, 17:3, 17:7, 17:10, 17:16, 17:22, 18:2, 18:15, 18:23, 19:3, 19:13, 19:19, 19:25, 20:2, 20:6, 20:19, 20:23, 21:1, 21:4, 21:9, 21:12, 21:15, 21:18, 21:22, 22:1, 22:6, 22:8, 22:13, 22:23, 23:3, 23:14, 24:1, 24:6, 24:9, 24:13, 25:8, 25:19, 26:7, 26:20, 27:9, 27:21, 30:10, 30:13, 30:16, 30:24, 31:1, 31:5, 31:8,

31:10, 31:16, 31:18,
31:21, 32:1, 32:4,
32:15, 33:4, 33:25,
34:5, 34:9, 34:16,
34:20, 34:22, 35:1,
35:11, 35:14, 35:17
courts [2] - 29:2, 29:21
Courts [1] - 27:16
crime [1] - 29:20
criminal [2] - 9:3, 26:8
cross [2] - 12:15, 27:6
crossing [1] - 27:10
CRR [2] - 1:22, 35:23
cure [1] - 12:16
current [1] - 6:18
cycle [1] - 13:11

### D

date [3] - 6:17, 8:21,
32:5
Date [1] - 35:16
dated [1] - 12:1
days [5] - 13:17, 14:15,
14:16, 16:8, 28:4
deal [2] - 15:5, 28:5
dealing [2] - 19:22,
20:10
deals [1] - 10:20
decided [1] - 35:1
default [1] - 22:19
defendant's [4] - 9:24,
9:25, 21:19, 21:23
DEFENDANTS [1] -
1:17
defendants [1] - 7:2
delineate [1] - 20:7
depose [2] - 29:17,
32:18
deposed [1] - 23:7
deposition [2] - 18:22,
19:5
different [1] - 10:22
difficult [1] - 32:25
directive [2] - 24:2,
24:8
discussed [2] - 12:3,
27:25
discusses [1] - 27:25

discussion [1] - 3:8
discussions [2] - 3:17,
5:6
dismiss [2] - 10:1,
21:20
District [1] - 28:20
DISTRICT [2] - 1:1,
1:1
district [1] - 28:24
DIVISION [1] - 1:2
document [1] - 33:3
documented [1] -
29:18
documents [3] - 16:7,
30:17, 30:18
done [1] - 27:3
down [4] - 18:5, 26:10,
31:16, 35:5
drafting [1] - 16:7
duly [1] - 29:17
during [2] - 18:22, 29:5

### E

e-mail [1] - 10:11
e-mailed [1] - 35:6
easier [1] - 33:1
effect [1] - 16:2
either [5] - 9:10, 26:21,
28:22, 33:7, 33:9
election [2] - 13:11,
23:2
emergency [1] - 18:16
eminent [1] - 28:3
employees [1] - 7:7
encompassed [3] -
29:23, 30:2, 32:17
end [8] - 32:20, 33:10,
33:11, 33:21, 33:22,
33:23, 33:24, 33:25
ended [1] - 19:8
ends [1] - 19:22
enforce [5] - 4:24,
22:16, 24:9, 25:3
enforced [5] - 6:25,
16:1, 24:8, 26:1
enforcing [1] - 29:7
enjoined [1] - 29:7
entered [1] - 28:20

entire [1] - 33:14
entitled [1] - 35:20
essentially [4] - 4:24,
5:8, 6:23, 14:16
establishes [1] - 28:10
ET [1] - 1:4, 1:6
et [1] - 2:2
evidence [1] - 26:2
exactly [1] - 34:5
except [1] - 20:16
exhibit [5] - 9:15, 10:5,
10:9, 30:20
exhibits [1] - 10:11
expand [1] - 7:9
expense [2] - 30:1,
32:16
experience [2] - 17:24,
18:10
expire [2] - 15:11, 15:12
extent [1] - 12:25
extra [1] - 28:17

### F

fact [5] - 6:7, 24:17,
28:13, 28:16, 30:8
facts [2] - 25:16, 25:17
Fair [2] - 10:19
fast [1] - 13:12
felt [1] - 4:3
Fifth [1] - 21:2
figure [4] - 3:14, 5:21,
12:7, 35:3
figured [2] - 18:11,
18:17
file [1] - 15:19
filed [6] - 3:18, 4:18,
9:22, 16:15, 21:13
final [2] - 34:16, 35:6
fine [2] - 34:5, 34:6
finish [1] - 18:7
Firm [1] - 1:14
first [5] - 3:3, 21:10,
21:16, 25:12, 29:17
five [2] - 11:16, 16:17
Floor [1] - 1:19
following [1] - 12:3

footnote [1] - 21:10
Footnote [3] - 21:18,
21:24, 27:14
FOR [2] - 1:10, 1:17
foregoing [1] - 35:18
foreign [5] - 7:15, 8:3,
19:15, 28:11, 28:21
form [2] - 30:23, 31:6
forth [3] - 5:11, 9:13,
11:21
frankly [1] - 25:22
fraud [2] - 24:20, 29:3,
29:20
fraudulent [1] - 23:13
Freeway [1] - 1:14
Friday [3] - 2:5, 4:18,
4:19
full [4] - 34:16, 34:20,
35:2
fully [1] - 15:2
future [1] - 8:11

### G

gathered [1] - 19:7
gee [1] - 23:17
general [1] - 32:23
genuine [1] - 32:7
gesture [1] - 21:5
GILMORE [1] - 1:7
given [2] - 13:8, 22:14
God [2] - 11:12, 18:17
government [1] - 25:6
governmental [3] -
22:15, 24:18
grant [1] - 14:14
granted [1] - 28:24
grants [1] - 7:20
guarantee [1] - 9:2
guess [6] - 3:14, 15:13,
18:15, 24:22, 26:20,
30:4
guys [6] - 3:18, 5:10,
8:21, 15:18, 19:25,
35:11

### H

hac [2] - 2:5, 2:9

Concordance

handled [1] - 34:3
happy [1] - 25:24
harm [1] - 28:4
Harris [2] - 29:21, 31:15
HEARING [1] - 1:7
hearing [3] - 15:6, 15:11, 15:15
hearings [1] - 18:22
help [1] - 25:6
hereby [1] - 29:1
herein [1] - 32:18
HERO [3] - 23:6, 23:10, 23:12
Hill [1] - 1:11
himself [2] - 7:22, 7:23
hire [3] - 7:12, 8:5, 19:16
hired [1] - 7:6
hold [5] - 9:23, 11:9, 11:18
home [1] - 26:12
Honor [66] - 2:4, 2:11, 3:2, 3:22, 4:6, 5:3, 5:12, 5:15, 5:17, 5:20, 6:3, 6:20, 7:8, 7:14, 7:17, 8:8, 8:10, 8:17, 8:20, 8:24, 9:5, 9:17, 9:19, 10:2, 10:7, 10:14, 11:14, 11:17, 12:6, 12:20, 14:9, 14:12, 14:13, 14:19, 14:23, 15:1, 15:7, 15:8, 15:14, 15:15, 15:20, 16:16, 17:9, 17:11, 18:14, 19:2, 19:18, 19:24, 20:1, 20:5, 21:8, 21:10, 22:21, 23:21, 25:7, 25:12, 26:14, 27:5, 27:12, 30:22, 32:22, 34:4, 34:8, 34:15, 35:10, 35:13
HONORABLE [1] - 1:7
hour [1] - 17:23
hours [6] - 13:8, 13:13, 14:11, 16:17, 30:1, 32:16
HOUSTON [2] - 1:2, 1:6
Houston [30] - 1:15, 1:18, 1:20, 1:23, 2:2, 2:16, 2:18, 2:21, 2:25, 6:9, 6:23, 13:7, 15:25, 16:18, 16:23, 17:12, 17:15, 18:18, 19:8, 19:10, 23:12, 28:12, 28:22, 28:23, 29:5, 29:7, 29:24, 30:1, 32:17, 35:8

## I

III [1] - 1:3
immediately [1] - 7:21
IMPG [1] - 1:11
important [2] - 22:14, 22:15
Inc [1] - 1:11
included [4] - 11:23, 27:8, 33:13, 34:11
indicated [2] - 5:6, 5:8
indicates [1] - 28:1
indication [1] - 3:16
individual [1] - 30:8
information [1] - 12:25
informed [3] - 17:19, 18:21, 19:4
initial [2] - 9:20, 30:14
initiative [5] - 6:2, 15:22, 19:21, 27:3, 31:23
injunction [4] - 15:6, 15:11, 15:13, 24:11
injunctive [3] - 14:21, 27:24, 33:12
injury [1] - 28:3
intend [1] - 4:23
intents [1] - 20:9
interest [1] - 24:19
interrogated [1] - 17:19
interrogation [1] - 16:17
introduced [1] - 3:10
introducing [1] - 3:12
invalidate [2] - 19:6, 22:4
invalidated [1] - 7:2
invalidating [1] - 9:2
investigation [1] - 13:9
involved [1] - 23:23

irreparable [1] - 28:3
issue [23] - 5:14, 8:15, 14:21, 16:25, 17:22, 18:12, 20:3, 20:12, 20:13, 20:22, 20:24, 21:1, 21:6, 22:15, 23:6, 23:10, 23:12, 23:16, 24:14, 24:22, 26:18, 27:23, 28:14
issued [3] - 24:2, 24:8, 24:11
issues [1] - 34:23
issuing [1] - 28:1
itself [1] - 12:14

## J

Joe [2] - 2:2, 2:3
JOE [1] - 1:3
Judge [2] - 5:25, 24:11
July [10] - 14:17, 14:21, 15:24, 19:22, 28:21, 28:25, 29:1, 29:5, 29:6
JULY [1] - 1:6
June [7] - 12:2, 15:19, 16:10, 16:11, 16:15, 18:11, 19:10
jurat [6] - 22:7, 26:23, 31:7, 31:17, 33:9, 33:14
jurisdiction [11] - 12:12, 12:19, 13:4, 14:2, 27:19, 27:23, 28:9, 29:2, 29:21, 29:22, 34:3

## K

kind [6] - 10:20, 13:8, 20:8, 23:17, 24:17, 27:18
knowledge [1] - 31:12

## L

lack [2] - 13:20, 14:3
Lake [1] - 24:11
land [1] - 3:4
language [57] - 5:5, 5:7, 5:11, 9:1, 9:4, 10:16, 11:8, 11:10, 11:19, 11:23, 12:3, 12:8, 12:13, 12:14, 12:15, 20:10, 20:17,

20:19, 22:5, 22:6, 24:19, 26:23, 27:7, 27:8, 27:10, 27:11, 27:15, 27:18, 27:21, 27:22, 27:24, 28:7, 28:8, 28:10, 28:15, 28:16, 29:16, 30:11, 30:12, 30:14, 30:16, 30:17, 31:2, 32:9, 32:10, 32:13, 32:21, 33:6, 33:10, 33:12, 33:15, 33:16, 33:19, 34:10, 35:3
last [9] - 11:6, 11:7, 12:1, 16:18, 18:16, 26:10, 31:3, 31:5, 31:9
last-minute [1] - 18:16
Laura [4] - 1:22, 35:18, 35:22, 35:23
law [2] - 8:11, 8:14
Law [1] - 1:14
lawsuit [1] - 10:14
lawyer [1] - 18:23
lay [1] - 3:4
lead [3] - 4:13, 4:14, 4:15
least [1] - 28:10
Lee [1] - 21:25
leeway [1] - 22:2
left [1] - 28:4
leg [1] - 3:7
legal [3] - 16:6, 20:24, 21:1
legitimacy [1] - 22:16
letter [6] - 5:5, 11:6, 11:7, 11:22, 12:5, 30:19
light [2] - 23:18, 24:4
line [4] - 23:10, 29:12, 29:15, 34:13
lines [1] - 4:22
lips [1] - 18:3
litigate [1] - 15:2
local [2] - 10:7, 16:6
look [4] - 25:2, 26:2, 33:7, 35:4
looked [3] - 5:22, 23:16
looking [3] - 10:15, 21:19, 21:22
looks [1] - 23:17

lumps [1] - 22:18

**M**

mail [1] - 10:11
mailed [1] - 35:6
mandamus [1] - 7:3
marriage [1] - 23:24
married [1] - 24:4
matter [1] - 35:20
matters [3] - 29:23, 30:2, 32:17
mayor [1] - 24:2
mean [7] - 4:4, 7:12, 15:5, 17:3, 22:24, 26:9, 26:21
means [1] - 22:25
mechanical [1] - 1:24
meet [4] - 6:17, 7:1, 8:6, 8:23
messed [1] - 23:17
met [1] - 3:11
Michael [1] - 1:13
might [2] - 19:16, 33:1
mind [1] - 9:11
mine [2] - 33:6, 33:25
minute [1] - 18:16
minutes [2] - 34:17, 35:5
mischaracterized [1] - 25:16
misread [1] - 24:24
misrepresentation [1] - 29:20
modified [2] - 5:7, 12:3
modify [2] - 22:5, 22:6
Monday [4] - 4:19, 11:6, 11:7, 12:1
money [1] - 30:12
moot [1] - 14:21
morning [1] - 2:23
most [2] - 7:17, 11:10
motion [7] - 2:24, 3:18, 10:1, 15:4, 21:19, 21:20, 26:3
MOTIONS [1] - 1:7
motions [1] - 15:5
Mountville [1] - 1:12

move [1] - 13:12
moving [1] - 18:3
MR [77] - 2:4, 2:8, 2:11, 2:14, 3:2, 3:10, 3:12, 3:22, 3:25, 4:2, 4:5, 5:25, 6:3, 6:5, 6:13, 6:15, 6:20, 6:22, 7:8, 7:14, 7:17, 7:23, 7:25, 8:4, 8:8, 8:10, 8:17, 8:20, 8:24, 9:5, 9:14, 9:17, 9:19, 10:2, 10:4, 10:7, 10:11, 10:19, 13:3, 13:13, 13:19, 13:22, 13:25, 14:6, 14:9, 14:12, 14:19, 14:23, 15:1, 15:7, 15:14, 15:20, 16:5, 16:11, 16:14, 16:16, 16:24, 17:5, 17:9, 17:11, 17:18, 18:1, 18:14, 18:20, 18:24, 19:4, 19:18, 19:24, 32:14, 34:2, 34:8, 34:15, 34:18, 34:21, 34:25, 35:10, 35:12
MS [78] - 2:17, 2:20, 4:6, 4:10, 4:13, 4:15, 4:17, 4:21, 5:3, 5:12, 5:15, 5:17, 5:20, 9:8, 9:12, 9:20, 10:14, 10:24, 11:2, 11:5, 11:10, 11:14, 11:17, 11:22, 12:1, 12:6, 12:15, 12:20, 12:24, 13:16, 13:24, 20:1, 20:5, 20:16, 20:21, 20:25, 21:2, 21:8, 21:10, 21:13, 21:16, 21:21, 21:24, 22:2, 22:7, 22:9, 22:21, 22:25, 23:5, 23:21, 24:2, 24:7, 24:11, 25:7, 25:12, 25:21, 26:14, 27:5, 27:12, 30:7, 30:12, 30:15, 30:19, 30:22, 30:25, 31:3, 31:6, 31:9, 31:14, 31:17, 31:20, 31:24, 31:25, 32:2, 32:3, 32:22, 33:24, 35:13
muster [1] - 27:17

**N**

Najvar [6] - 1:14, 4:11, 4:12, 4:17, 4:19, 11:23
name [2] - 4:12, 32:7
narrowly [1] - 27:20

narrowly-tailored [1] - 27:20
nature [1] - 27:25
need [9] - 13:5, 27:21, 27:22, 27:24, 29:24, 30:10, 31:1, 32:10, 32:21
needs [1] - 32:9
never [3] - 5:18, 26:11, 29:19
new [2] - 27:11, 30:4
nice [1] - 35:4
nine [2] - 14:16, 28:4
ninth [1] - 17:23
nitpicking [1] - 24:14
nothing [3] - 9:22, 20:14, 30:21
notice [3] - 13:20, 14:3, 17:21
November [1] - 19:17
Number [1] - 25:15
number [5] - 10:5, 10:6, 10:10, 25:13, 25:14

**O**

oath [1] - 29:17
object [1] - 13:4
objection [1] - 14:1
obviously [2] - 6:25, 24:15
OF [2] - 1:1, 1:6
offer [1] - 9:22
offered [2] - 4:21, 20:17
office [3] - 32:23, 32:25, 35:6
old [1] - 11:15
ON [1] - 1:7
once [3] - 8:11, 8:14, 13:17
one [21] - 3:13, 3:16, 9:16, 9:25, 10:20, 11:2, 11:8, 11:25, 18:4, 23:24, 25:13, 25:14, 26:21, 27:6, 27:23, 29:14, 30:16, 30:17, 33:23, 33:24, 34:9
open [1] - 20:13
opinion [3] - 34:20, 35:2

opposed [1] - 7:6
opposition [3] - 9:24, 21:21, 21:23
option [4] - 27:5, 27:10, 27:16, 27:20
order [8] - 2:8, 2:24, 3:19, 14:15, 23:1, 28:20, 34:16, 35:6
ordered [1] - 28:11
ordinance [6] - 6:7, 6:18, 17:14, 19:9, 19:16, 19:21
ordinarily [1] - 33:14
own [2] - 30:1, 32:16

**P**

P.O [1] - 1:19
packaged [1] - 25:17
pad [1] - 3:7
page [4] - 21:12, 21:15, 21:16
paragraph [5] - 33:11, 33:14, 33:21, 33:22, 34:10
paragraphs [1] - 34:6
pardon [1] - 3:9
Parkway [1] - 26:10
part [2] - 27:13, 31:17
pass [1] - 27:17
past [4] - 6:25, 16:2, 20:22, 26:1
Paul [2] - 1:10, 2:4
Peddie [4] - 1:18, 2:20, 2:22, 21:9
PEDDIE [34] - 2:20, 21:8, 21:10, 21:13, 21:16, 21:21, 21:24, 22:2, 22:7, 22:9, 23:21, 24:2, 24:7, 24:11, 25:7, 25:12, 25:21, 26:14, 27:5, 27:12, 30:12, 30:15, 30:22, 30:25, 31:3, 31:6, 31:9, 31:14, 31:17, 31:20, 31:24, 32:2, 32:22, 33:24
penalty [1] - 26:8
pending [1] - 15:4
Pennsylvania [1] - 1:12

people [7] - 6:11, 6:16, 6:17, 8:9, 8:22, 12:11, 33:2
perfect [2] - 12:7, 15:15
period [4] - 13:14, 19:22, 28:14, 29:5
perjury [6] - 25:1, 25:5, 25:13, 26:8, 26:15, 27:1
permanent [1] - 29:19
person [5] - 13:5, 29:25, 30:9, 32:7, 32:15
personal [1] - 29:22
personally [5] - 7:5, 7:22, 7:23, 19:5, 29:24
petition [18] - 12:16, 22:4, 22:10, 23:6, 25:1, 29:9, 30:9, 30:20, 30:21, 31:6, 31:10, 31:11, 31:24, 31:25, 32:1, 32:5, 32:24, 35:9
petitioners [2] - 12:21, 31:12
petitions [8] - 7:21, 12:22, 13:9, 13:17, 18:18, 19:2, 26:4
plaintiff [1] - 24:25
plaintiffs [4] - 2:14, 7:5, 19:15, 20:21
PLAINTIFFS [1] - 1:10
plaintiffs' [1] - 2:24
pleading [1] - 3:16
point [3] - 12:21, 20:11, 23:5
pointless [1] - 21:5
points [1] - 11:16
political [1] - 19:1
Pool [7] - 2:2, 2:3, 7:18, 15:23, 23:7
POOL [1] - 1:3
potential [7] - 5:11, 8:3, 9:3, 12:11, 24:20, 26:8, 28:3
pre [1] - 10:14
pre-lawsuit [1] - 10:14
preliminary [4] - 3:17, 14:21, 15:10, 15:12
prepare [1] - 12:21

presence [3] - 32:5, 32:19, 33:20
presented [1] - 5:7
pretty [3] - 13:22, 25:19, 26:11
previous [2] - 17:24, 18:10
primarily [1] - 23:8
primary [1] - 14:1
pro [2] - 2:5, 2:9
problem [2] - 18:19, 18:20
problems [2] - 13:21, 18:9
proceeded [1] - 6:10
proceedings [1] - 35:19
Proceedings [2] - 1:24, 35:15
PROCEEDINGS [1] - 2:1
process [5] - 13:5, 13:14, 14:4, 16:7, 19:8
produced [1] - 1:24
professional [3] - 7:7, 18:24, 28:25
proffered [1] - 11:22
prohibited [1] - 17:25
prohibition [1] - 24:3
proof [1] - 31:12
proponent [1] - 7:19
proponents [3] - 6:6, 7:9, 15:24
proposal [4] - 9:22, 12:17, 26:22, 26:24
proposals [1] - 26:22
propose [2] - 27:6, 33:21
proposed [11] - 5:4, 5:5, 6:1, 6:7, 9:1, 9:10, 11:11, 17:13, 27:8, 29:16
prosecute [2] - 25:5, 27:1
prosecuted [1] - 19:6
prosecution [1] - 26:8
protected [1] - 24:20
provide [1] - 9:2
provision [2] - 4:24,

24:7
provisions [5] - 6:24, 16:1, 19:11, 22:22, 23:22
pulled [1] - 10:21
purports [2] - 32:6, 32:8
purpose [1] - 32:22
purposes [2] - 15:16, 20:9
pursuing [1] - 9:3
put [4] - 32:10, 32:20, 33:16, 35:4
putting [1] - 27:11

Q

qualified [1] - 6:9
questions [3] - 3:14, 23:9, 25:23
quite [1] - 5:22

R

reach [3] - 3:20, 4:21, 4:22
reached [2] - 5:18, 16:5
reaching [1] - 8:15
read [11] - 3:16, 11:12, 11:15, 11:17, 11:19, 11:20, 25:19, 28:15, 28:18, 29:16, 33:9
reading [1] - 24:22
ready [2] - 7:18, 15:25
realize [1] - 16:1
realized [2] - 15:25, 16:12
really [3] - 9:9, 16:21, 20:14
reason [1] - 22:14
reasonable [1] - 14:10
receive [2] - 7:10
received [1] - 13:17
recently [1] - 11:11
record [1] - 35:19
recorded [1] - 1:24
reference [2] - 21:11, 21:14
referendum [9] - 7:7, 16:18, 16:25, 18:12, 27:2, 28:14, 29:3,

29:4, 31:23
registered [5] - 16:22, 19:8, 23:12, 28:13, 28:23
registration [11] - 6:19, 7:16, 8:7, 20:4, 20:8, 21:6, 22:18, 23:19, 26:6, 29:8, 29:11
reject [1] - 26:3
rejected [1] - 26:4
rejecting [1] - 29:8
related [1] - 19:14
relevant [1] - 34:24
relief [1] - 14:21
remember [1] - 24:9
Reporter [1] - 1:21
REPORTER'S [1] - 35:17
represent [1] - 15:21
representing [1] - 15:22
request [2] - 30:1, 32:16
require [2] - 13:10, 28:8
required [2] - 29:10, 31:12
requirement [6] - 5:16, 13:21, 20:4, 21:3, 23:19, 27:17
requirements [9] - 6:24, 7:1, 7:16, 8:7, 8:23, 19:1, 22:3, 25:4, 29:8
residency [13] - 6:18, 7:16, 8:6, 20:8, 20:12, 21:3, 21:5, 21:6, 22:18, 26:5, 27:16, 29:8, 29:11
resident [3] - 16:22, 28:22, 29:19
residents [2] - 6:5, 28:12
respect [5] - 8:25, 13:3, 14:1, 19:1, 19:16
respond [3] - 10:8, 21:8, 23:21
response [10] - 9:17, 9:18, 9:24, 10:1, 11:3, 20:11, 21:11, 21:18, 21:19, 24:22
restraining [3] - 2:24,

Concordance

3:19, 14:15
result [1] - 25:4
review [1] - 13:14
revise [1] - 23:2
RICHARD [1] - 1:3
rid [2] - 24:12, 27:2
RMR [2] - 1:22, 35:23
Rossi [10] - 1:10, 2:4,
    3:1, 3:2, 4:10, 4:11,
    10:1, 13:2, 25:16,
    25:25
ROSSI [75] - 2:4, 2:8,
    2:11, 3:2, 3:10, 3:12,
    3:22, 3:25, 4:2, 4:5,
    5:25, 6:3, 6:5, 6:13,
    6:15, 6:20, 6:22, 7:8,
    7:14, 7:17, 7:23, 7:25,
    8:4, 8:8, 8:10, 8:17,
    8:20, 8:24, 9:5, 9:14,
    9:17, 9:19, 10:2, 10:4,
    10:7, 10:19, 13:3,
    13:13, 13:19, 13:22,
    13:25, 14:6, 14:9,
    14:12, 14:19, 14:23,
    15:1, 15:7, 15:14,
    15:20, 16:5, 16:11,
    16:14, 16:16, 16:24,
    17:5, 17:9, 17:11,
    17:18, 18:1, 18:14,
    18:20, 18:24, 19:4,
    19:18, 19:24, 32:14,
    34:2, 34:8, 34:15,
    34:18, 34:21, 34:25,
    35:10, 35:12
RPR [1] - 1:22
rummaging [1] - 33:2
Rusk [1] - 1:22

**S**

sadly [1] - 23:22
satisfied [2] - 5:9, 9:9
scope [1] - 19:20
scratch [3] - 12:18,
    26:25, 33:13
scratching [1] - 26:22
secretary [2] - 9:1,
    13:17
secretary's [1] - 32:25
Section [2] - 31:6,
    31:13
section [2] - 14:3, 14:7
secured [2] - 6:2, 6:4

securing [1] - 6:25
see [18] - 2:10, 2:15, 9:4,
    9:10, 9:23, 11:4, 11:6,
    11:9, 16:13, 18:2,
    30:24, 31:1, 31:7,
    32:11, 33:18, 34:23,
    35:7
send [1] - 35:9
sent [3] - 5:7, 9:21, 11:7
sentence [3] - 31:3,
    31:5, 31:9
serve [1] - 28:24
service [2] - 13:4, 14:4
set [1] - 15:10
sets [1] - 28:11
seven [2] - 13:14, 16:8
seven-day [1] - 13:14
several [1] - 9:13
severe [1] - 4:3
sex [2] - 23:24, 24:3
shall [1] - 31:11
short [1] - 13:8
shortly [1] - 35:7
showed [1] - 16:9
shows [1] - 17:14
shut [1] - 18:6
sides [1] - 27:18
sign [6] - 2:7, 25:1,
    25:10, 26:16, 26:25,
    30:5
signature [14] - 7:7,
    26:5, 29:12, 29:15,
    31:10, 31:11, 31:18,
    31:19, 31:21, 32:4,
    32:7, 32:18, 33:19,
    34:13
signatures [14] - 6:1,
    6:14, 6:17, 7:1, 9:3,
    19:7, 23:13, 24:21,
    25:4, 26:17, 27:2,
    28:25, 29:4, 29:9
signed [2] - 12:16, 29:9
signing [2] - 30:8, 33:23
simply [1] - 26:15
situation [1] - 23:7
six [1] - 16:8
small [2] - 26:7, 26:9
Smith [1] - 21:25
solemnly [1] - 32:6

solution [2] - 27:11,
    27:13
soon [1] - 7:19
sorry [2] - 11:14, 21:23
sort [5] - 3:20, 18:15,
    20:7, 21:4, 21:7
Sotto [1] - 3:8
SOUTHERN [1] - 1:1
Southwest [1] - 1:14
specifically [1] - 15:22
sped [1] - 26:10
speech [1] - 19:1
speed [1] - 26:12
speeding [1] - 26:11
split [1] - 22:20
spoken [1] - 3:15
sponsors [1] - 15:21
stapling [1] - 32:24
start [4] - 7:19, 18:2,
    18:5, 18:7
started [1] - 4:8
starts [1] - 31:19
State [1] - 31:14
statement [1] - 32:7
statements [1] - 31:18
STATES [1] - 1:1
States [2] - 28:20, 29:18
stenography [1] - 1:24
still [4] - 16:2, 18:3,
    22:17, 32:12
stop [2] - 18:6, 24:14
stopped [1] - 26:11
Street [2] - 1:11, 1:22
street [1] - 7:6
streets [1] - 35:8
stuff [1] - 12:10
subject [3] - 7:2, 12:18,
    29:1
subjected [2] - 16:17,
    17:2
subjecting [5] - 13:3,
    14:1, 27:19, 27:22,
    28:9
submit [2] - 28:13,
    29:20
submits [1] - 26:2
submitted [1] - 2:4

submitting [1] - 12:12
substantially [1] -
    29:16
substituted [1] - 33:15
subsumed [1] - 20:9
sufficient [1] - 17:1
suggested [6] - 19:12,
    20:17, 20:19, 25:25,
    27:15, 27:18
suggesting [1] - 25:11
Suite [2] - 1:15, 1:22
summary [1] - 21:24
Supreme [1] - 4:24
surprised [1] - 18:16
Suzanne [2] - 1:17,
    2:17
swear [1] - 32:6
sworn [1] - 29:17

**T**

tailored [1] - 27:20
temporarily [1] - 29:7
temporary [3] - 2:24,
    3:18, 14:14
ten [1] - 14:15
terms [3] - 3:5, 15:10,
    22:3
testimony [1] - 8:1
TEXAS [1] - 1:1
Texas [5] - 1:15, 1:20,
    1:23, 29:2, 31:15
text [1] - 21:17
THE [150] - 1:7, 1:10,
    1:17, 2:2, 2:7, 2:10,
    2:13, 2:15, 2:19, 2:22,
    3:3, 3:9, 3:11, 3:13,
    3:24, 4:1, 4:4, 4:7,
    4:12, 4:14, 4:16, 4:20,
    5:1, 5:10, 5:13, 5:16,
    5:18, 5:21, 6:1, 6:4,
    6:11, 6:14, 6:16, 6:21,
    7:4, 7:12, 7:15, 7:22,
    7:24, 8:2, 8:5, 8:9,
    8:13, 8:18, 8:21, 8:25,
    9:6, 9:9, 9:16, 9:18,
    9:23, 10:3, 10:5, 10:9,
    10:13, 10:15, 10:20,
    10:25, 11:4, 11:8,
    11:12, 11:15, 11:18,
    11:25, 12:5, 12:7,
    12:17, 12:23, 13:1,

Concordance

13:11, 13:20, 13:23,
14:3, 14:7, 14:10,
14:14, 14:20, 14:24,
15:3, 15:9, 15:17,
16:4, 16:9, 16:13,
16:15, 16:20, 17:3,
17:7, 17:10, 17:16,
17:22, 18:2, 18:15,
18:23, 19:3, 19:13,
19:19, 19:25, 20:2,
20:6, 20:19, 20:23,
21:1, 21:4, 21:9,
21:12, 21:15, 21:18,
21:22, 22:1, 22:6,
22:8, 22:13, 22:23,
23:3, 23:14, 24:1,
24:6, 24:9, 24:13,
25:8, 25:19, 26:7,
26:20, 27:9, 27:21,
30:10, 30:13, 30:16,
30:24, 31:1, 31:5,
31:8, 31:10, 31:16,
31:18, 31:21, 32:1,
32:4, 32:15, 33:4,
33:25, 34:5, 34:9,
34:16, 34:20, 34:22,
35:1, 35:11, 35:14

themselves [7] - 6:23,
7:6, 12:12, 12:18,
12:21, 14:2, 27:22

thereafter [2] - 7:3,
15:2

thereto [1] - 31:21

thinking [1] - 15:9

third [2] - 27:5, 27:10

timing [1] - 15:15

today [9] - 7:10, 7:11,
7:18, 7:25, 8:14, 8:16,
15:4, 17:23, 19:14

together [4] - 20:9,
21:7, 22:18, 24:17

training [2] - 12:24,
23:8

Transcript [1] - 1:24

transcript [1] - 35:19

transcription [1] - 1:24

Trent [4] - 7:18, 13:7,
16:16

Trenton [2] - 2:3, 15:23

Trey [1] - 15:23

tried [1] - 4:22

TRO [10] - 7:10, 7:11,
7:20, 15:11, 15:19,
19:13, 19:14, 20:22,

28:1, 28:6

true [1] - 13:13

trust [2] - 25:5, 25:6

try [2] - 8:18, 18:6

trying [8] - 3:14, 5:21,
11:18, 11:20, 12:7,
14:4, 19:6, 34:12

twice [1] - 32:21

two [9] - 7:5, 8:2, 8:9,
13:21, 18:3, 19:14,
25:15, 27:21, 33:8

## U

ultimate [1] - 8:15

unconstitutional [8] -
4:25, 5:14, 17:20,
18:22, 22:19, 23:20,
24:4, 28:2

unconstitutionality
[2] - 20:3, 24:16

UNITED [1] - 1:1

United [2] - 28:20,
29:18

unreadable [1] - 30:21

up [8] - 12:10, 16:9,
17:14, 18:6, 21:7,
23:17, 24:17, 25:17

## V

VANESSA [1] - 1:7

venue [1] - 29:22

verify [2] - 13:18, 25:1

vice [2] - 2:5, 2:9

voce [1] - 3:8

Volume [1] - 1:8

vote [2] - 28:13, 28:23

voter [12] - 7:16, 8:6,
16:22, 19:8, 20:4,
20:8, 21:6, 22:18,
23:19, 26:6, 29:8,
29:11

voters [2] - 6:9, 23:12

voting [2] - 5:16, 6:18

## W

wait [2] - 15:19, 16:21

waiting [1] - 35:3

waive [1] - 29:22

waiver [1] - 13:4

waiving [1] - 14:4

walk [1] - 7:6

wants [2] - 17:14, 35:9

warranted [1] - 28:7

website [1] - 6:10

Wells [4] - 1:22, 35:18,
35:22, 35:23

Whatley [4] - 1:13,
2:12, 2:14, 2:15

WHATLEY [2] - 2:14,
10:11

whole [4] - 16:7, 22:10,
22:14, 22:19

wide [1] - 23:1

Windsor [1] - 24:5

wink [1] - 25:2

witness [1] - 17:1

wonder [1] - 32:20

worded [1] - 28:2

wound [1] - 21:7

wrapped [1] - 24:17

write [2] - 35:2, 35:5

writing [3] - 5:2, 9:4,
28:16

written [3] - 20:7, 20:15,
22:17

wrote [1] - 34:20

## Y

y'all [9] - 3:11, 5:22,
9:10, 9:11, 10:17,
10:21, 11:20, 25:10,
27:3

years [2] - 23:4, 26:10

yourself [2] - 27:19,
28:9