IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE RICHARD "TREY" POOL, III, TRENTON DONN "TRENT" POOL, and ACCELEVATE2020, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF HOUSTON and Pat J. Daniel, in her official capacity as Secretary of the City of Houston<br><br>    Defendants. | CIVIL ACTION<br><br>No. 4:19-CV-2236 |

## ORDER ON DEFENDANTS' DENYING
## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES

On this day, the Court considered the Plaintiffs' Bill of Costs (DKT 112) and Opposed Motion for Attorneys' Fees and Expenses (DKT 113) (the "Motion"), Defendants' Response, reply, and argument of counsel, if any. The Court finds:

The Court is of the opinion the Motion should be DENIED.

IT IS THEREFORE ORDERED that Plaintiffs' Bill of Costs (DKT 112) and Motion for Attorneys' Fees and Expenses (DKT 113) are denied in their entirety. Each party shall bear its own costs of court.

SIGNED this _____ day of _____, 2022.

_____
Chief U.S. District Judge Lee H. Rosenthal

APPROVED & ENTRY REQUESTED:

ARTURO G. MICHEL
City Attorney

SUZANNE R. CHAUVIN
Chief, General Litigation Section

 /s/ *Lori J. Yount*
Lori J. Yount
Senior Assistant City Attorney
Federal ID No. 2209496
Texas State Bar No. 24084592
City of Houston Legal Department
P.O. Box 368
Houston, Texas 77001
900 Bagby, 4th Floor
Houston, Texas 77002
Telephone: 832.393.6459
Facsimile:  832.393.6259
lori.yount@houstontx.gov


Of Counsel:
Collyn A. Peddie
Senior Assistant City Attorney
Federal ID No.: 843
Texas State Bar No.:  15707300
832.393.6463 - Telephone
collyn.peddie@houstontx.gov
Lydia S. Zinkhan
Senior Assistant City Attorney
Federal ID No.: 11882
Texas State Bar No.: 22277600
832.393.6467 – Telephone
lydia.zinkhan@houstontx.gov

***ATTORNEYS FOR DEFENDANTS***
***CITY OF HOUSTON AND PAT J. DANIEL,***
***in her official capacity as Secretary for the City of Houston***