United States District Court
Southern District of Texas
**ENTERED**
September 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE RICHARD "TREY" POOL, III, et. al, | § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Case No. 4:19-cv-02236 |
| CITY OF HOUSTON, et al., | § § § | |
| Defendants. | § | |

**|      ORDER**

Upon consideration of Plaintiffs' unopposed motion for extension of time to file a reply in support of their fee motion, it is

HEREBY ORDERED that the Plaintiff's motion is GRANTED. The reply deadline is hereby suspended pending resolution of the Plaintiffs' motion for leave to amend their fee request.

Date: September 12, 2022

_____
Lee H. Rosenthal
Chief United States District Judge