# General Docket
## United States Court of Appeals for the Fifth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 20-20328 | **Docketed:** 06/23/2020 |
| **Nature of Suit:** 3440 Other Civil Rights | **Termed:** 06/15/2021 |
| Pool v. City of Houston | |
| **Appeal From:** Southern District of Texas, Houston | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
 1) Civil Rights
 2) Private
 3)

**Originating Court Information:**
 **District:** 0541-4 : 4:19-CV-2236
 **Originating Judge:** Vanessa D. Gilmore, U.S. District Judge
 **Date Filed:** 06/21/2019
 **Date NOA Filed:**   **Date Rec'd COA:**
 06/22/2020    06/22/2020

**Prior Cases:**
 None

**Current Cases:**

| Related | Lead | Member | Start | End |
|---|---|---|---|---|
| | 19-20828 | 20-20328 | 06/23/2020 | |

**Panel Assignment:**  Not available

---

Joe Richard Pool, III
 Plaintiff - Appellant

Jerad Wayne Najvar, Esq.
Direct: 281-404-4696
Email: jerad@najvarlaw.com
Fax: 281-582-4138
[COR LD NTC Retained]
Najvar Law Firm, P.L.L.C.
Suite 255
2180 North Loop, W.
Houston, TX 77018

Austin M.B. Whatley
Direct: 281-410-2003
Email: austin@najvarlaw.com
[COR NTC Retained]
Najvar Law Firm, P.L.L.C.
Suite 255
2180 North Loop, W.
Houston, TX 77018

Trenton Donn Pool
 Plaintiff - Appellant

Jerad Wayne Najvar, Esq.
Direct: 281-404-4696
[COR LD NTC Retained]
(see above)

Austin M.B. Whatley
Direct: 281-410-2003
[COR NTC Retained]
(see above)

Accelevate2020, L.L.C.
 Plaintiff - Appellant

Jerad Wayne Najvar, Esq.
Direct: 281-404-4696
[COR LD NTC Retained]
(see above)

Austin M.B. Whatley
Direct: 281-410-2003

Mtn for Fees Exh F

| | |
|---|---|
| v. | [COR NTC Retained]<br>(see above) |
| City of Houston<br>      Defendant - Appellee | Collyn Ann Peddie<br>Direct: 832-393-6463<br>Email: collyn.peddie@houstontx.gov<br>Fax: 832-393-6259<br>[COR LD NTC Government]<br>City of Houston<br>Legal Department<br>4th Floor<br>900 Bagby Street<br>Houston, TX 77002<br><br>Suzanne Reddell Chauvin, Esq.<br>Direct: 832-393-6219<br>Email: suzanne.chauvin@houstontx.gov<br>Fax: 832-393-6259<br>[COR NTC Government]<br>City of Houston<br>Legal Department<br>900 Bagby Street<br>Houston, TX 77002 |
| Anna Russell, in her official capacity as the City Secretary of the City of Houston<br>      Defendant - Appellee | Collyn Ann Peddie<br>Direct: 832-393-6463<br>[COR LD NTC Government]<br>(see above)<br><br>Suzanne Reddell Chauvin, Esq.<br>Direct: 832-393-6219<br>[COR NTC Government]<br>(see above) |

Joe Richard Pool, III; Trenton Donn Pool; Accelevate2020, L.L.C.,

    Plaintiffs - Appellants

v.

City of Houston; Anna Russell, in her official capacity as the City Secretary of the City of Houston,

    Defendants - Appellees

Mtn for Fees Exh F

| Date | Doc | Description |
|---|---|---|
| 06/23/2020 | 2 pg, 133.65 KB | CIVIL RIGHTS CASE docketed. NOA filed by Appellants Accelevate2020, L.L.C., Mr. Joe Richard Pool, III and Mr. Trenton Donn Pool [20-20328] (SDH) [Entered: 06/23/2020 04:01 PM] |
| 06/30/2020 | 4 pg, 116.77 KB | INITIAL CASE CHECK by Attorney Advisor complete, Action: Case OK to Process. [9345541-2] Initial AA Check Due satisfied. [20-20328] (JMW) [Entered: 06/30/2020 11:25 AM] |
| 06/30/2020 | | ELECTRONIC RECORD ON APPEAL REQUESTED from District Court for 4:19-CV-2236. Electronic ROA due on 07/15/2020. [20-20328] (JMW) [Entered: 06/30/2020 11:28 AM] |
| 07/02/2020 | 1 pg, 480.15 KB | APPEARANCE FORM received from Ms. Collyn Ann Peddie for City of Houston and Ms. Anna Russell for the court's review. Lead Counsel? Yes. [20-20328] (Collyn Ann Peddie ) [Entered: 07/02/2020 09:24 AM] |
| 07/02/2020 | 1 pg, 483.21 KB | APPEARANCE FORM received from Ms. Suzanne Reddell Chauvin, Esq. for City of Houston and Ms. Anna Russell for the court's review. Lead Counsel? No. [20-20328] (Suzanne Reddell Chauvin ) [Entered: 07/02/2020 09:41 AM] |
| 07/02/2020 | | APPEARANCE FORM FILED by Attorney Suzanne Reddell Chauvin for Appellee Anna Russell in 20-20328, Attorney Suzanne Reddell Chauvin for Appellee City of Houston in 20-20328 [20-20328] (JMW) [Entered: 07/02/2020 12:28 PM] |
| 07/02/2020 | | APPEARANCE FORM FILED by Attorney Collyn Ann Peddie for Appellee Anna Russell in 20-20328, Attorney Collyn Ann Peddie for Appellee City of Houston in 20-20328 [20-20328] (JMW) [Entered: 07/02/2020 01:06 PM] |
| 07/06/2020 | | ELECTRONIC RECORD ON APPEAL FILED. Admitted Exhibits on File in District Court? Yes. Video/Audio Exhibits on File in District Court? No Electronic ROA deadline satisfied. [20-20328] (CMB) [Entered: 07/06/2020 03:38 PM] |
| 07/06/2020 | 4 pg, 118.8 KB | BRIEFING NOTICE ISSUED A/Pet's Brief Due on 08/17/2020 for Appellants Accelevate2020, L.L.C., Joe Richard Pool III and Trenton Donn Pool. [20-20328] (CMB) [Entered: 07/06/2020 03:49 PM] |
| 07/09/2020 | 1 pg, 172.46 KB | APPEARANCE FORM received from Mr. Jerad Wayne Najvar, Esq. for Accelevate2020, L.L.C., Mr. Joe Richard Pool, III and Mr. Trenton Donn Pool for the court's review. Lead Counsel? Yes. [20-20328] (Jerad Wayne Najvar ) [Entered: 07/09/2020 12:25 PM] |
| 07/09/2020 | 1 pg, 214.99 KB | APPEARANCE FORM for the court's review. Lead Counsel? No. [20-20328] (Austin M.B. Whatley ) [Entered: 07/09/2020 12:53 PM] |
| 07/13/2020 | | APPEARANCE FORM FILED by Attorney Jerad Wayne Najvar for Appellant Accelevate2020, L.L.C. in 20-20328, Attorney Jerad Wayne Najvar for Appellant Trenton Donn Pool in 20-20328, Attorney Jerad Wayne Najvar for Appellant Joe Richard Pool III in 20-20328 [20-20328] (ABT) [Entered: 07/13/2020 07:53 AM] |
| 07/13/2020 | | APPEARANCE FORM FILED by Attorney Austin M.B. Whatley for Appellant Accelevate2020, L.L.C. in 20-20328, Attorney Austin M.B. Whatley for Appellant Trenton Donn Pool in 20-20328, Attorney Austin M.B. Whatley for Appellant Joe Richard Pool III in 20-20328 [20-20328] (ABT) [Entered: 07/13/2020 09:48 AM] |
| 07/30/2020 | 6 pg, 171.45 KB | UNOPPOSED MOTION filed by Appellants Accelevate2020, L.L.C., Mr. Joe Richard Pool, III and Mr. Trenton Donn Pool to stay further proceedings in this court. Reason: Pending resolution of related merits appeal No. 19-20828. Date of service: 07/30/2020 via email - Attorney for Appellees: Chauvin, Peddie; Attorney for Appellants: Najvar, Whatley [20-20328] (Jerad Wayne Najvar ) [Entered: 07/30/2020 10:25 AM] |
| 08/03/2020 | 2 pg, 143.23 KB | COURT ORDER FILED: IT IS ORDERED that appellants' unopposed motion to stay further proceedings in this Court pending resolution of related case number 19-20828, Joe Pool, III, et al. v. City of Houston, et al. is GRANTED. [9366921-2] [20-20328] (DMS) [Entered: 08/03/2020 12:39 PM] |
| 02/09/2021 | 4 pg, 125.99 KB | BRIEFING RESUMED. A/Pet's Brief Due on 03/22/2021 for Appellants Accelevate2020, L.L.C., Joe Richard Pool III and Trenton Donn Pool. [20-20328] (RLL) [Entered: 02/09/2021 09:30 AM] |
| 03/15/2021 | 2 pg, 564.53 KB | UNOPPOSED LEVEL 1 EXTENSION REQUESTED by Appellants Accelevate2020, L.L.C., Mr. Joe Richard Pool, III and Mr. Trenton Donn Pool for filing Brief until 04/21/2021 [20-20328] (Jerad Wayne Najvar ) [Entered: 03/15/2021 08:45 PM] |
| 03/16/2021 | | EXTENSION RECEIVED for Appellants Accelevate2020, L.L.C., Mr. Joe Richard Pool, III and Mr. Trenton Donn Pool. Extension Granted to and including 04/21/2021. A/Pet's Brief deadline updated to 04/21/2021 for Appellants Accelevate2020, L.L.C., Joe Richard Pool III and Trenton Donn Pool [20-20328] (RLL) [Entered: 03/16/2021 09:02 AM] |
| 04/05/2021 | 5 pg, 84.42 KB | OPPOSED MOTION to dismiss the appeal [9542963-2]. Date of service: 04/05/2021 Response/Opposition due on 04/15/2021. [20-20328] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: MOTION filed by Appellees City of Houston and Ms. Anna Russell to dismiss the appeal [9542963-2]. Date of service: 04/05/2021 via email - Attorney for Appellees: Chauvin, Peddie; Attorney for Appellants: Najvar, Whatley [20-20328] (Collyn Ann Peddie ) [Entered: 04/05/2021 05:24 PM] |
| 04/10/2021 | | UNOPPOSED MOTION to extend the time to file a response to the Motion to dismiss appeal [9542963-2] |

| Date | File | Description |
|---|---|---|
| | 2 pg, 178.44 KB | filed by Appellees Ms. Anna Russell and City of Houston in 20-20328 until 04/21/2021 [9547695-2]. Date of service: 04/10/2021 [20-20328] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED LEVEL 1 EXTENSION REQUESTED by Appellants Accelevate2020, L.L.C., Mr. Joe Richard Pool, III and Mr. Trenton Donn Pool for filing Response to Motion to Dismiss until 04/21/2021 [20-20328] (Jerad Wayne Najvar ) [Entered: 04/10/2021 04:20 PM] |
| 04/12/2021 | 1 pg, 72.66 KB | CLERK ORDER granting Motion to extend time to file a response filed by Appellants Mr. Joe Richard Pool, III, Mr. Trenton Donn Pool and Accelevate2020, L.L.C. [9547695-2] [20-20328] (RLL) [Entered: 04/12/2021 10:14 AM] |
| 04/12/2021 | | RESPONSE DUE to Motion to dismiss appeal filed by Appellees Ms. Anna Russell and City of Houston in 20-20328 [9542963-2] Response/Opposition deadline updated to 04/21/2021 [20-20328] (RLL) [Entered: 04/12/2021 10:20 AM] |
| 04/21/2021 | 49 pg, 3.03 MB | RECORD EXCERPTS FILED. # of Copies Provided: 0. (PAPER COPY REQUESTS ARE SUSPENDED AT THIS TIME AND WILL BE REQUESTED WHEN NEEDED) [20-20328] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: RECORD EXCERPTS FILED by Appellants Accelevate2020, L.L.C., Mr. Joe Richard Pool, III and Mr. Trenton Donn Pool. Date of service: 04/21/2021 via email - Attorney for Appellees: Chauvin, Peddie; Attorney for Appellants: Najvar, Whatley [20-20328] (Austin M.B. Whatley ) [Entered: 04/21/2021 11:11 PM] |
| 04/21/2021 | 12 pg, 535.3 KB | RESPONSE/OPPOSITION filed by Accelevate2020, L.L.C., Mr. Joe Richard Pool, III and Mr. Trenton Donn Pool [9556415-1] to the Motion filed by Appellees City of Houston and Ms. Anna Russell [9542963-2] Date of Service: 04/21/2021 via email - Attorney for Appellees: Chauvin, Peddie; Attorney for Appellants: Najvar, Whatley. [20-20328] (Jerad Wayne Najvar ) [Entered: 04/21/2021 11:55 PM] |
| 04/21/2021 | 43 pg, 449.12 KB | APPELLANTS' BRIEF FILED # of Copies Provided: 0. A/Pet's Brief deadline satisfied. (PAPER COPY REQUESTS ARE SUSPENDED AT THIS TIME AND WILL BE REQUESTED WHEN NEEDED) Appellee's Brief due on 05/21/2021 for Appellees City of Houston and Anna Russell [20-20328] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: APPELLANT'S BRIEF FILED by Accelevate2020, L.L.C., Mr. Joe Richard Pool, III and Mr. Trenton Donn Pool. Date of service: 04/21/2021 via email - Attorney for Appellees: Chauvin, Peddie; Attorney for Appellants: Najvar, Whatley [20-20328] (Austin M.B. Whatley ) [Entered: 04/21/2021 11:59 PM] |
| 04/28/2021 | 4 pg, 70.63 KB | UNOPPOSED MOTION to extend time to file a reply to the Motion to dismiss appeal [9542963-2] filed by Appellees Ms. Anna Russell and City of Houston in 20-20328 until 05/19/2021. Date of service: 04/28/2021 [20-20328] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: LEVEL 1 EXTENSION REQUESTED by Appellee City of Houston for filing Motion for Extension of Time to File Reply to Response to Motion to Dismiss the Appeal until 05/19/2021 [20-20328] (Suzanne Reddell Chauvin ) [Entered: 04/28/2021 06:23 PM] |
| 05/03/2021 | 2 pg, 142.64 KB | COURT ORDER granting Motion to extend time to file a reply filed by Appellee City of Houston [9561896-2] [20-20328] (RLL) [Entered: 05/03/2021 03:38 PM] |
| 05/19/2021 | 12 pg, 125.43 KB | REPLY filed by [9577895-1] to the Motion to dismiss appeal filed by Appellees Ms. Anna Russell and City of Houston in 20-20328 [9542963-2]. Date of Service: 05/19/2021. [20-20328] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: REPLY filed by Appellees City of Houston and Ms. Anna Russell [9577895-1] to the Motion filed by Appellees City of Houston and Ms. Anna Russell [9542963-2], to the Response/Opposition filed by Appellants Accelevate2020, L.L.C., Mr. Joe Richard Pool, III and Mr. Trenton Donn Pool [9556415-2]. Date of Service: 05/19/2021 via email - Attorney for Appellees: Chauvin, Peddie; Attorney for Appellants: Najvar, Whatley. [20-20328] (Collyn Ann Peddie ) [Entered: 05/19/2021 11:53 AM] |
| 05/19/2021 | 6 pg, 78.99 KB | OPPOSED MOTION filed by Appellees City of Houston and Ms. Anna Russell to extend time to file brief of appellee until 06/08/2021 [9577898-2]. Date of service: 05/19/2021 via email - Attorney for Appellees: Chauvin, Peddie; Attorney for Appellants: Najvar, Whatley [20-20328] (Collyn Ann Peddie ) [Entered: 05/19/2021 11:56 AM] |
| 05/25/2021 | 2 pg, 138.43 KB | COURT ORDER granting Motion to extend time to file appellee's brief filed by Appellees Ms. Anna Russell and City of Houston until 30 days after denial of motion to dismiss the appeal [9577898-2] [9581905-2] E/Res's Brief deadline canceled [20-20328] (RLL) [Entered: 05/25/2021 12:02 PM] |
| 06/15/2021 | 6 pg, 211.21 KB | UNPUBLISHED OPINION FILED. [20-20328 Dismissed ] Judge: DRW, Judge: JCH, Judge: SKD. Mandate issue date is 07/07/2021; granting Motion to dismiss appeal filed by Appellees Ms. Anna Russell and City of Houston [9542963-2] [20-20328] (CBW) [Entered: 06/15/2021 12:19 PM] |
| 06/15/2021 | 1 pg, 67.38 KB | JUDGMENT ENTERED AND FILED. Costs Taxed Against: appellants. [20-20328] (CBW) [Entered: 06/15/2021 12:25 PM] |
| 07/07/2021 | 6 pg, 277.7 KB | MANDATE ISSUED. Mandate issue date satisfied. [20-20328] (RLL) [Entered: 07/07/2021 09:38 AM] |

Mtn for Fees Exh F

Clear All

○ Documents and Docket Summary
○ Documents Only

☐ Include Page Numbers

**Selected Pages:** 0      **Selected Size:** 0 KB

View Selected

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 5th Circuit - Appellate - 08/04/2022 16:17:49 ||||
| **PACER Login:** | jwnajvar | **Client Code:** | pool |
| **Description:** | Docket Report (full) | **Search Criteria:** | 20-20328 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

Mtn for Fees Exh F