UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE RICHARD "TREY" POOL, III, et al., | § § § § § | |
| Plaintiffs | | |
| v. | § § § | Civil Case No. 4:19-cv-02236 |
| CITY OF HOUSTON, and, ANNA RUSSELL, in her official capacity as the City Secretary of the City of Houston, | § § § § § | |
| Defendants. | § | |

**[Proposed] Order**

Upon consideration of Plaintiffs' Amended Motion for Attorneys' Fees and Expenses, filed November 4, 2022, it is

HEREBY ORDERED that the Plaintiff's motion is GRANTED and

1. Plaintiff shall be awarded attorneys' fees in the amount of $_____.

2. Plaintiff shall be awarded costs in the amount of $_____.

IT IS SO ORDERED

Date:_____    _____
CHIEF JUDGE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE